MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone:  (415) 989-8000
Facsimile:    415) 989-8028

SHANNON LISS-RIORDAN (Pro Hac Vice TBD)
(sliss@llrlaw.com)
HILLARY SCHWAB (Pro Hac Vice TBD)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone:  (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiffs and the Putative Plaintiff Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas Corporation; JANI-KING, INC., a Texas Corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:   CV09-03495 SC<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' JURY DEMAND** |

1  Pursuant to Federal Rules of Civil Procedure, rules 38(b) and 81(c)(3), Plaintiffs Alejandro Juarez, Maria Juarez, Luis A. Romero, and Maria Portillo hereby demand trial by jury in this action.

Date:  August 13, 2009                                  Respectfully submitted,

                                                        THE STURDEVANT LAW FIRM
                                                        A Professional Corporation

                                                        TALAMANTES/VILLEGAS/CARRERA, LLP

                                                        LICHTEN & LISS-RIORDAN, P.C.


                                                        /s/ *Whitney Huston*
                                                        WHITNEY HUSTON
                                                        Attorneys for Plaintiffs

*Z:\441 - Jani-King\Pleadings\Jury Demand.doc*