| | |
|---|---|
| 1 | Benjamin K. Riley (CA Bar No. 112007) |
|   | rileyb@howrey.com |
| 2 | Emily L. Maxwell (CA Bar No. 185646) |
|   | maxwelle@howrey.com |
| 3 | Seth B. Herring (CA Bar No. 253907) |
|   | herrings@howrey.com |
| 4 | HOWREY LLP |
|   | 525 Market Street, Suite 3600 |
| 5 | San Francisco, CA  94105 |
|   | Telephone:  415.848.4900 |
| 6 | Facsimile:  415.848.4999 |
| 7 | Kerry L. Bundy (MN Bar No. 266917) *(Pro Hac Vice)* |
|   | kbundy@faegre.com |
| 8 | Aaron Van Oort (MN Bar No. 315539) *(Pro Hac Vice)* |
|   | avanoort@faegre.com |
| 9 | Eileen M. Hunter (MN Bar No. 336336) *(Pro Hac Vice)* |
|   | ehunter@haegre.com |
| 10 | FAEGRE & BENSON, LLP |
|   | 2200 Wells Fargo Center |
| 11 | 90 South Seventh Street |
|   | Minneapolis, MN  55402 |
| 12 | Telephone:  612.766.7000 |
|   | Facsimile:  612.766.1600 |
| 13 | |
|   | Attorneys for Defendants |
| 14 | JANI-KING OF CALIFORNIA, INC., JANI-KING, INC., |
|   | and JANI-KING INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO and MARIA PORTILLO, individually and on behalf of all others similarly situated, | Case No.: CV 09-3495 SC |
| Plaintiffs, | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| JANI-KING OF CALIFORNIA, INC., a Texas corporation, JANI-KING, INC., a Texas corporation, JANI-KING INTERNATIONAL, INC., a Texas corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Alejandro Juarez, Maria Juarez, Luis A. Romero and Maria Portillo ("Plaintiffs") and Defendants Jani-King of California, Inc., Jani-King, Inc., and Jani-King International, Inc. ("Defendants"), hereby state as follows:

1. The initial Case Management Conference in this matter is presently set for November 20, 2009, at 10:00 a.m.;

2. On October 5, 2009, this Court issued its Order Granting Defendants' Motion To Dismiss, providing Plaintiffs until November 4, 2009 by which to file an Amended Complaint;

3. After the filing of the Amended Complaint, Defendants will have at least ten days by which to file either a further motion to dismiss or an answer to the Amended Complaint;

4. Accordingly, the parties are uncertain of what causes of action and facts will ultimately be included in the final Complaint;

5. Until the pleadings are finalized, the parties remain uncertain about the relevant facts and issues on which to meet and confer in order to meet the parties' obligations under Rule 26(a) and (f) of the Federal Rules of Civil Procedure, and Local Rule 16.

Accordingly, for good cause shown, the parties hereby stipulate that:

(i) the initial Case Management Conference presently scheduled to be held on November 20, 2009 at 10:00 a.m. be continued to Friday, January 22, 2010, at 10:00 a.m.; and

(ii) the associated disclosure and meet and confer obligations under Rule 26 (a) and (f) of the Federal Rules of Civil Procedure and Local Rule 16, be similarly continued, to be recalculated by the parties based on date of the continued Case Management Conference.

Dated: October 23, 2009          HOWREY LLP

                                 FAEGRE & BENSON, LLP

                                 By: _____/s/ Benjamin K. Riley_____
                                         Benjamin K. Riley

                                 Attorneys for Defendants
                                 JANI-KING OF CALIFORNIA, INC., JANI-KING, INC., and JANI-KING INTERNATIONAL, INC.

1
STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

HOWREY LLP

DM_US:22870474_1

| | |
|---|---|
| Dated: October 21, 2009 | THE STURDEVANT LAW FIRM |
| | TALAMANTES/VILLEGAS/CARRERA, LLP |
| | LICHTEN & LISS-RIORDAN, P.C. |
| | By: _____/s/ Monique Olivier_____<br>Monique Olivier |
| | Attorneys for Plaintiffs<br>ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO and MARIA PORTILLO |

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and good cause shown, it is hereby ordered that the initial Case Management Conference in this matter is continued to Friday, January 22, 2010, at 10:00 a.m., and that the associated disclosure and meet and confer obligations under Rule 26 (a) and (f) of the Federal Rules of Civil Procedure and Local Rule 16 are similarly continued.

Date: October 26, 2009

_____
The Honorable Samuel Conti
United States District Court

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA