1  Benjamin K. Riley (CA Bar No. 112007)
   rileyb@howrey.com
2  Emily L. Maxwell (CA Bar No. 185646)
   maxwelle@howrey.com
3  Seth B. Herring (CA Bar No. 253907)
   herrings@howrey.com
4  **HOWREY LLP**
   525 Market Street, Suite 3600
5  San Francisco, CA 94105
   Telephone: 415.848.4900
6  Facsimile: 415.848.4999

7  Kerry L. Bundy (MN Bar No. 266917) *(Pro Hac Vice)*
   kbundy@faegre.com
8  Aaron Van Oort (MN Bar No. 315539) *(Pro Hac Vice)*
   avanoort@faegre.com
9  Eileen M. Hunter (MN Bar No. 336336) *(Pro Hac Vice)*
   ehunter@haegre.com
10 **FAEGRE & BENSON, LLP**
   2200 Wells Fargo Center
11 90 South Seventh Street
   Minneapolis, MN 55402
12 Telephone: 612.766.7000
   Facsimile: 612.766.1600
13
   Attorneys for Defendants
14 JANI-KING OF CALIFORNIA, INC., JANI-KING, INC.,
   and JANI-KING INTERNATIONAL, INC.
15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18 | ALEJANDRO JUAREZ, MARIA JUAREZ, | Case No.: CV 09-3495 SC
   | LUIS A. ROMERO and MARIA PORTILLO,
19 | individually and on behalf of all others | **STIPULATION AND**
   | similarly situated, | **[PROPOSED] ORDER**
20 | | **SELECTING ADR PROCESS**
   |          Plaintiffs,
21 |
   |    vs.
22 |
   | JANI-KING OF CALIFORNIA, INC., a Texas
23 | corporation, JANI-KING, INC., a Texas
   | corporation, JANI-KING INTERNATIONAL,
24 | INC., a Texas corporation, and DOES 1
   | through 20, inclusive,
25 |
   |          Defendants.
26

27

28

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No.: CV 09-3495 SC

DM_US:23001222_1

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following private ADR process:

ADR Services, or other neutral to be agreed on by the parties.

The parties agree to hold the ADR session by December 1, 2010 or 45 days after the Court's ruling on Plaintiffs' motion for class certification, whichever is later.

Dated: December 29, 2009.          /s/ Jennifer A. Reisch
                                   Attorney for Plaintiffs

Dated: December 29, 2009.          /s/ Kerry L. Bundy
                                   Attorney for Defendants

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Private ADR   SC

Deadline for ADR session: ~~December 1, 2010 or~~ 45 days after the Court's ruling on Plaintiffs' motion for class certification, ~~whichever is later.~~

IT IS SO ORDERED.

Dated: 1/5/09                      _____
                                   The Honorable Samuel Conti
                                   UNITED STATES DISTRICT JUDGE

---
1
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No.: CV 09-3495 SC

DM_US:23001222_1