| | |
|---|---|
| 1 | MONIQUE OLIVIER (SBN 190385) |
|   | (molivier@sturdevantlaw.com) |
| 2 | WHITNEY HUSTON (SBN 234863) |
|   | (whuston@sturdevantlaw.com) |
| 3 | THE STURDEVANT LAW FIRM |
|   | A Professional Corporation |
| 4 | 354 Pine Street, Fourth Floor |
|   | San Francisco, CA  94104 |
| 5 | Telephone:  (415) 477-2410 |
|   | Facsimile:   (415) 477-2420 |
| 6 | |
|   | Attorneys for Plaintiffs and the Putative Class |
| 7 | |
|   | BENJAMIN K. RILEY (SBN 112007) |
| 8 | (rileyb@howrey.com) |
|   | EMILY L. MAXWELL (SBN 185646) |
| 9 | (maxwelle@howrey.com) |
|   | SETH B. HERRING (SBN 253907) |
| 10 | (herrings@howrey.com) |
|   | HOWREY LLP |
| 11 | 525 Market Street, Suite 3600 |
|   | San Francisco, CA  94105 |
| 12 | Telephone:(415) 848-4900 |
|   | Facsimile: (415) 848-4999 |
| 13 | |
|   | Attorneys for Defendants Jani-King of California, Inc. |
| 14 | Jani-King, Inc., and Jani-King International, Inc. |
| 15 | (Additional counsel listed on signature page) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated, | Case No. CV09-03495 SC |
| | **CLASS ACTION** |
| Plaintiffs, | **JOINT STIPULATION PER LOCAL RULE 6-2 AND [Proposed] ORDER REGARDING CLASS CERTIFICATION SCHEDULE** |
| v. | |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation; JANI-KING, INC., a Texas Corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE         CASE NO. CV09-03495 SC

**STIPULATION**

Plaintiffs ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO ("Plaintiffs") and Defendants JANI-KING OF CALIFORNIA, INC., JANI-KING, INC., and JANI-KING INTERNATIONAL, INC. ("Defendants") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS, the Court issued Civil Minutes after the Initial Scheduling Conference on January 22, 2010 [Dkt. No. 40], which set the hearing date for Plaintiffs' Motion for Class Certification as July 23, 2010 at 10:00 a.m.

WHEREAS, on March 15, 2010, this Court entered the Stipulated Protective Order regarding the confidential nature of documents produced in this action [Dkt. No. 43];

WHEREAS, immediately after entry of that Order, the Parties began to exchange class-related discovery;

WHEREAS, the Parties have diligently and actively engaged in class-related discovery and continue to do so;

WHEREAS, the Parties believe that expert testimony and opinions may be useful and relevant to the issues of class certification to be presented to this Court and are actively engaged in procuring such testimony;

WHEREAS, the Parties anticipate the need for motions related to class discovery;

WHEREAS, the parties have conferred and agree that additional time is necessary to resolve the anticipated motions and to complete the necessary class-related discovery;

//
//
//
//
//
//
//

1  WHEREAS, counsel for Plaintiffs have several upcoming deadlines that conflict with the
2  current class certification motion and hearing date.  Counsel for plaintiffs have class certification
3  briefing throughout the months of June and July in a proposed statewide consumer class action that
4  was filed in 2008.  Counsel for plaintiffs also have a large disability access case that is set to go to
5  trial in early July.

6  WHEREAS the parties have not previously sought any extension of time in this action.

7  NOW, THEREFORE, Plaintiffs and Defendants, through their respective counsel, hereby
8  stipulate, subject to the approval of this Court, that the hearing date for Plaintiffs' Motion for Class
9  Certification be rescheduled for September 17, 2010 at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED:   April 26, 2010                                THE STURDEVANT LAW FIRM
                                                       A Professional Corporation

                                            By:        _____/s/_____
                                                       MONIQUE OLIVIER
                                                       Attorneys for Plaintiffs


DATED:   April 26, 2010                                HOWREY LLP

                                            By:        _____/s/_____
                                                       BENJAMIN RILEY
                                                       Attorneys for Defendants Jani-King of
                                                       California, Inc., Jani-King, Inc., and Jani-King
                                                       International, Inc.

[PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   4/27/10                            _____
                                            The Honorable
                                            United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California*

**Additional Counsel**

For Plaintiffs and the Putative Class:

MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES VILLEGAS CARRERA, LLP
San Francisco, California 94133
170 Columbus Ave, Suite 300
Telephone: (415) 989-8000
Facsimile: (415) 989-8028


SHANNON LISS-RIORDAN (BBO #640716) (*Pro Hac Vice*)
(sliss@llrlaw.com)
HILLARY SCHWAB (BBO #666029) (*Pro Hac Vice*)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone: (617) 994-5800
Facsimile: (617) 994-5801


For Defendants Jani-King of California, Inc., et al.:

KERRY L. BUNDY (MN Bar No. 266917) *(Pro Hac Vice)*
(kbundy@faegre.com)
AARON VAN OORT (MN Bar No. 315539) *(Pro Hac Vice)*
(avanoort@faegre.com)
EILEEN M. HUNTER (MN Bar No. 336336) *(Pro Hac Vice)*
(ehunter@haegre.com)
FAEGRE & BENSON, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

**Attestation**

I, Monique Olivier, am the ECF user whose ID and password are being used to file this JOINT STIPULATION PER LOCAL RULE 6-2 AND [Proposed] ORDER REGARDING CLASS CERTIFICATION SCHEDULE. In compliance with General Order 45, I hereby attest that Benjamin Riley, counsel for Defendants, has concurred in this filing.

Dated: April 26, 2010            By:        /s/
                                        MONIQUE OLIVIER
                                        Attorneys for Plaintiffs

Z:\441 - Jani-King\Pleadings\Stip re class certification schedule - FINAL.doc