MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone:  (415) 989-8000
Facsimile:    415) 989-8028

SHANNON LISS-RIORDAN (*Pro Hac Vice*)
(sliss@llrlaw.com)
HILLARY SCHWAB (*Pro Hac Vice*)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone:  (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiffs and the Putative Plaintiff Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas Corporation; JANI-KING, INC., a Texas Corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  CV09-03495 SC<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS REGARDING MOTION FOR CLASS CERTIFICATION**<br><br>Date:   September 17, 2010<br>Time:  10:00 am<br>Courtroom:    1, 17th Flr.<br>Judge: Hon. Samuel Conti<br><br>**Complaint filed:   June 22, 2009** |

**I     ADMINISTRATIVE RELIEF REQUESTED**

Pursuant to Local Rules 7-4(b) and 7-11, Plaintiffs Alejandro Juarez, Maria Juarez, Luis A. Romero, and Maria Portillo, individually and on behalf of all others similarly situated (collectively known hereafter as "Plaintiffs") seek leave of Court to file briefs in support of their motion for class certification that exceed the page limits established by Local Rules 7-2 and 7-3. Plaintiffs seek an additional ten pages for their opening brief and an additional five pages for their reply brief in order to adequately address the numerous arguments in support of this motion.

**II     ARGUMENT**

Pursuant to the agreement of the parties, Plaintiffs' opening brief in support of their motion for class certification is due on Friday, July 16, 2010, Defendants' opposition brief is due August 13, 2010, and Plaintiffs' reply brief is due September 3, 2010. (Declaration of Whitney Huston in Support of Plaintiffs Motion for Administrative Relief ("Huston Decl."), filed herewith, ¶ 3.) Plaintiffs herewith seek an extension of 10 pages above the 25 page limit set by Local Rule 7-2(b), to an amount not to exceed 35 pages for their opening brief. Plaintiffs further seek an extension of 5 pages above the 15 page limit set by Local Rule 7-3(c), to an amount not to exceed 20 pages for their reply brief. Plaintiffs seek this extension to fully address the scope and complexity of the legal issues and numerous facts raised in this case. Plaintiffs do not intend to be duplicative or cumulative in their moving papers. (Huston Decl. ¶ 4.) However, given that there are fourteen causes of action at issue in this case, which include both consumer and employment claims, and Plaintiffs must adequately address all of the requirements of Federal Rules of Civil Procedure, rule 23, they believe the additional length is necessary and reasonable. (*Id*.) Further, in light of the scope and complexity of the issues raised in this motion for class certification, an increased number of pages is warranted. *See, e.g., Stutz Motor Car v. Reebok Int'l, Ltd.*, 909 F. Supp. 1353, 1359 (C.D. Cal. 1995) (permitting enlarged briefs where the requesting party's papers are not "cumulative or prolix"), *aff'd*, 113 F.3d 1258 (Fed. Cir. 1997).

Plaintiffs met and conferred with Defendants regarding this request, but Defendants would not stipulate to Plaintiffs' request. (Huston Decl. ¶ 5.) Plaintiffs do not oppose granting Defendants

a corresponding extension of 10 pages above the 25 page limit set by Local Rule 7-3(a) on their opposition papers, not to exceed 35 pages, in order to adequately address arguments raised by Plaintiffs in their opening papers.

### III      CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that Plaintiffs be permitted to file an opening brief not to exceed 35 pages and a reply brief not to exceed 20 pages.

DATED:  July 9, 2010                                    Respectfully submitted,

THE STURDEVANT LAW FIRM
A Professional Corporation

TALAMANTES/VILLEGAS/CARRERA, LLP

LICHTEN & LISS-RIORDAN, P.C.


By:   /s/        *Whitney Huston*
      Whitney Huston
      Attorneys for Plaintiffs