1 | MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
2 | WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
3 | THE STURDEVANT LAW FIRM
A Professional Corporation
4 | 354 Pine Street, Fourth Floor
San Francisco, CA  94104
5 | Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

6 | MARK TALAMANTES (SBN 187961)
7 | (mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
8 | (jennifer@e-licenciados.com)
TALAMANTES/VILLEGAS/CARRERA, LLP
9 | 170 Columbus Avenue, Suite 300
San Francisco, CA 94133
10 | Telephone:  (415) 989-8000
Facsimile:    415) 989-8028

11 |
SHANNON LISS-RIORDAN (*Pro Hac Vice*)
12 | (sliss@llrlaw.com)
HILLARY SCHWAB (*Pro Hac Vice*)
13 | (hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
14 | 100 Cambridge Street, 20th Floor
Boston, MA  02114
15 | Telephone: (617) 994-5800
Facsimile:    (617) 994-5801

16 |
Attorneys for Plaintiffs and the Putative Plaintiff Class
17 |
**UNITED STATES DISTRICT COURT
18 | NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**
19 |

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated, | Case No.:  CV09-03495 SC |
| Plaintiffs, | **CLASS ACTION** |
| v. | **[PROPOSED] ORDER ~~GRANTING~~ DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS REGARDING MOTION FOR CLASS CERTIFICATION** |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation; JANI-KING, INC., a Texas Corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint filed:   June 22, 2009 |

1

## **ORDER**

2      Upon consideration of Plaintiffs' Motion for Administrative Relief to Exceed Page Limits

3   Regarding Motion for Class Certification, the Court finds that good cause has been shown to grant

4   Plaintiffs' enlarged briefing on the motion for class certification.

5      Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall be permitted to file an opening

6   brief not to exceed 35 pages and a reply brief not to exceed 20 pages on Plaintiffs' Motion for Class

7   Certification.

8

9      **IT IS SO ORDERD.**

10

DATED: ___July 12___, 2010

11

_____

12   HONORABLE SAMUEL CONTI
United States District Court Judge

13

DENIED

*Samuel Conti*

Judge Samuel Conti

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE
LIMIT; Case No. CV 09-03495 SC