BENJAMIN K. RILEY (SBN 112007)
(rileyb@howrey.com)
EMILY L. MAXWELL (SBN 185646)
(maxwelle@howrey.com)
SETH B. HERRING (SBN 253907)
(herrings@howrey.com)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone:(415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendants Jani-King of California, Inc.
Jani-King, Inc., and Jani-King International, Inc.

MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
**THE STURDEVANT LAW FIRM**
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiffs and the Putative Class

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas Corporation; JANI-KING, INC., a Texas Corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. CV09-03495 SC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION PER LOCAL RULE 6-2 AND [~~PROPOSED~~] ORDER TO RESCHEDULE HEARING ON MOTION FOR LEAVE TO FILE COUNTERCLAIM** |

**STIPULATION**

Defendants JANI-KING OF CALIFORNIA, INC., JANI-KING, INC., and JANI-KING INTERNATIONAL, INC. ("Defendants") and Plaintiffs ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO ("Plaintiffs") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS, on July 8, 2010, Defendant Jani-King of California, Inc. ("Jani-King") filed its Motion for Leave to File Counterclaim [Dkt. No. 47], setting the motion for hearing on Friday, August 13, 2010;

WHEREAS, Plaintiffs are in the process of serving expert declarations and their motion for class certification, which will be heard on September 17, 2010;

WHEREAS, Plaintiffs have requested that Jani-King agree to reschedule the hearing on the Motion For Leave to File Counterclaim to a time after the hearing on the motion for class certification;

WHEREAS, Jani-King has agreed to Plaintiffs' Request to reschedule the Motion for Leave to File Counterclaim.

Based on the foregoing, and after consulting with the clerk as to available dates, the parties hereby stipulate that the hearing on Jani-King's Motion for Leave to File Counterclaim [Docket No. 47] may be rescheduled for Friday, October 22, 2010, at 10 am, in Courtroom 1. The parties request that the Court consider and sign the proposed order set forth below.

**IT IS SO STIPULATED.**

DATED:   July 14, 2010                                         HOWREY LLP

                                              By:        */s/* Benjamin K. Riley
                                                   BENJAMIN K. RILEY
                                                   Attorneys for Defendants Jani-King of
                                                   California, Inc., Jani-King, Inc., and Jani-King
                                                   International, Inc.

1

| | | |
|---|---|---|
| 1 | DATED: July 14, 2010 | THE STURDEVANT LAW FIRM |
| 2 | | A Professional Corporation |
| 3 | | |
| 4 | | By: _____*/s/* Monique Olivier_____ |
| 5 | | MONIQUE OLIVIER |
| | | Attorneys for Plaintiffs |

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  7/19/10  _____

The Honorable Samuel Conti
United States District Judge

*Judge Samuel Conti — IT IS SO ORDERED (stamp)*

**Additional Counsel**

For Plaintiffs and the Putative Class:

MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES VILLEGAS CARRERA, LLP
San Francisco, California 94133
170 Columbus Ave, Suite 300
Telephone: (415) 989-8000
Facsimile: (415) 989-8028


SHANNON LISS-RIORDAN (BBO #640716) (*Pro Hac Vice*)
(sliss@llrlaw.com)
HILLARY SCHWAB (BBO #666029) (*Pro Hac Vice*)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

For Defendants Jani-King of California, Inc., et al.:

KERRY L. BUNDY (MN Bar No. 266917) *(Pro Hac Vice)*
(kbundy@faegre.com)
AARON VAN OORT (MN Bar No. 315539) *(Pro Hac Vice)*
(avanoort@faegre.com)
EILEEN M. HUNTER (MN Bar No. 336336) *(Pro Hac Vice)*
(ehunter@haegre.com)
FAEGRE & BENSON, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600