1  Benjamin K. Riley (CA Bar No. 112007)
   rileyb@howrey.com
2  Emily L. Maxwell (CA Bar No. 185646)
   maxwelle@howrey.com
3  Seth B. Herring (CA Bar No. 253907)
   herrings@howrey.com
4  **HOWREY LLP**
   525 Market Street, Suite 3600
5  San Francisco, CA  94105
   Telephone:  415.848.4900
6  Facsimile:  415.848.4999

7  Kerry L. Bundy (MN Bar No. 266917) *(Pro Hac Vice)*
   kbundy@faegre.com
8  Aaron Van Oort (MN Bar No. 315539) *(Pro Hac Vice)*
   avanoort@faegre.com
9  Eileen M. Hunter (MN Bar No. 336336) *(Pro Hac Vice)*
   ehunter@haegre.com
10 **FAEGRE & BENSON, LLP**
   2200 Wells Fargo Center
11 90 South Seventh Street
   Minneapolis, MN  55402
12 Telephone: 612.766.7000
   Facsimile: 612.766.1600
13
   Attorneys for Defendants
14 JANI-KING OF CALIFORNIA, INC., JANI-KING, INC.,
   and JANI-KING INTERNATIONAL, INC.
15

                    UNITED STATES DISTRICT COURT
16                  NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
17

| | |
|---|---|
| 18  ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated, | Case No.: CV 09-3495 SC |
| | **CLASS ACTION** |
| | |
| | [PROPOSED] **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Plaintiffs, | |
| v. | |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation; JANI-KING, INC., a Texas Corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 20, inclusive, | Date:        September 17, 2010<br>Time:        10:00 a.m.<br>Courtroom:  1, 17th Floor<br>Judge:       The Hon. Samuel Conti |
| Defendants. | |

**HOWREY LLP**

[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO SEAL
CASE NO. CV 09-03495 SC
DM_US:23384806_1

1  On July 19, 2010, Plaintiffs Alejandro Juarez *et al.* ("Plaintiffs") filed their Administrative
2  Motion To File Under Seal Documents in Connection with Plaintiffs' Motion for Class Certification
3  [Docket No. 64].  In response, Defendants filed their Statement of Non-Opposition [Docket No. 70]
4  and thereafter, in response to this Court's Order ~~Re Defendant's Statement of Non-Opposition~~ Denying
5  Plaintiffs' Administrative Motion to File Under Seal [Docket No. 71], filed the <u>untimely</u> Declaration of
6  Kerry L. Bundy under Local Rule 79-5(d) detailing which exhibits, filed provisionally under seal by
7  Plaintiffs, should be ordered filed under seal and which would not require sealing.

8  The Court, having considered the arguments of counsel and good cause being demonstrated by
9  Defendants for the sealing of certain documents under Local Rule 79-5, <u>despite Defendants' untimely
10 filing of the declaration</u>,

11  HEREBY GRANTS Plaintiffs' Motion to seal with respect to the following exhibits:
12      (a) Exhibits 7-15, 17, 19-21, 23, 30, 32-37, 47-50 to the Huston Declaration (Volume 2,
13  Tab S, Docket No. 55); and
14      (b) Exhibits 3, 7, 8, 9, 11 and 12 to the Cumbow Declaration (Vol. 1, Tab O, Docket
15  No. 54-2).

16  AND HEREBY DENIES Plaintiffs' Motion to seal with respect to the following exhibits and
17  directs Plaintiffs to publicly e-file these documents:
18      (a) Exhibits 16, 18, 22, 25, 26, 27, 38, 39, 40, 41, 42, 43,  45, 51 and 52 to the Huston
19  Declaration (Volume 2, Tab S, Docket No. 55); and
20      (b) The Cumbow report itself, pages 1-11 (Vol. 1, Tab O, Docket No. 54-2), and
21  Exhibits 1, 2, 4, 5, 6, 10 and 13-18 to that report.

22  <u>Defendants shall familiarize themselves with the Court's Local Rules, which will be strictly
23  enforced.</u>

24

25      **IT IS SO ORDERED.**

26

27  Dated:  August 13, 2010                                 _____
                                                            Hon. Samuel Conti
28                                                          United States District Judge