JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone:  (415) 989-8000
Facsimile:   (415) 989-8028

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:(415) 433-0333
Facsimile: (415) 449-6556

Attorneys for Plaintiffs and the Putative Class

(ADDITIONAL COUNSEL LISTED ON LAST PAGE)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas Corporation; JANI-KING, INC., a Texas Corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:   CV09-03495 SC<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN CONNECTION WITH PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**<br><br>Date:            December 3, 2010<br>Time:            10:00 am<br>Courtroom:    1, 17th Flr.<br>Judge:          Hon. Samuel Conti<br><br>Complaint filed:  June 22, 2009 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ADMINISTRATIVE MOTION TO FILE UNDER SEAL</u>**

Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order in this Action (Dkt. # 44)  (the "Protective Order," attached as Exhibit 1 to the Declaration of Whitney Huston ("Huston Decl."), filed herewith), and in connection with Plaintiffs' Amended Motion for Class Certification, Plaintiffs respectfully submit this Administrative Motion to the Court for an Order permitting the filing under seal of the following documents in connection with Plaintiffs' Amended Motion for Class Certification:

a.  Exhibits 3, 7, 8, 9, 11, and 12 to the Declaration of Steve Cumbow in Support of Plaintiffs' Motion for Class Certification ("Cumbow Declaration").  These exhibit to the Cumbow Declaration either:  (1) have been designated by Defendants' counsel as "Confidential" pursuant to Section 5.2(a) of the Protective Order (Huston Decl. Ex. 1 § 5.2(a)), or (2) contain confidential financial information derived from such documents.  Pursuant to Section 10 of the Protective Order and Civil Local Rule 79-5(b), Plaintiffs seek to file these documents under seal.  (*See id.* at Ex. 1 § 10.)  These documents were previously filed under seal pursuant to the Court's August 13, 2010 Order.  (ECF 74.)

b.  Exhibits 2-9, 11, 13-15, 17, 25, 35-36 to the Declaration of Whitney Huston in Support of Plaintiffs' Amended Motion for Class Certification, all of which Defendants' counsel have designated as "Confidential" pursuant to Section 5.2(a) of the Protective Order.  (Huston Decl. Ex. 1 § 5.2(a).)  Pursuant to Section 10 of the Protective Order and Civil Local Rule 79-5(b), Plaintiffs seek to file these documents under seal.  (*See id*. at § 10.)  These documents were previously filed under seal pursuant to the Court's August 13, 2010 Order.  (ECF 74.)

**II.    ARGUMENT**

The Protective Order sets forth procedures for designating and handling confidential documents and other discovery information (the "Protected Material").  Pursuant to the Protective Order, a party producing discovery may designate Protected Materials as either "Confidential" or

1

1  "Highly Confidential – Attorneys' Eyes Only."  (Huston Decl. Ex. 1 § 5.2.)  Any party seeking to

2  file a pleading or document that is or contains Protected Material must, under the Protective Order,

3  submit a request to file the pleading or document under seal as described in Civil Local Rule 79-5.

4  (*Id*. § 10.)  Accordingly, in line with their duties under the Protective Order, Plaintiffs request this

5  Court file under seal Exhibits 2-9, 11, 13-15, 17, 25, 35-36 to the Huston Declaration, which are

6  designated "Confidential."  Additionally, Plaintiffs request that this Court file under seal Exhibits 3,

7  7, 8, 9, 11, and 12 to the Cumbow Declaration because they have either been (1) designated by

8  Defendants' counsel as "Confidential," or (2) contain confidential financial information derived

9  from such documents.

10 **II.      CONCLUSION**

11          For the reasons stated above, Plaintiffs respectfully request that this Court grant Plaintiffs'

12 Motion for Administrative Relief.

13

14 DATED: October 8, 2010                          Respectfully submitted,

15                                                 THE STURDEVANT LAW FIRM
                                                   A Professional Corporation

16                                                 TALAMANTES/VILLEGAS/CARRERA, LLP

17

18                                                 DUCKWORTH PETERS LEBOWITZ
                                                   OLIVIER LLP

19                                                 LICHTEN & LISS-RIORDAN, P.C.

20                              By:      /s/    *Whitney Huston*
                                                _____
21                                              WHITNEY HUSTON
                                                Attorneys for Plaintiffs and the Putative Class
22

23

24

25

26

27

28

2

**<u>ADDITIONAL COUNSEL</u>**

Counsel for Plaintiffs

SHANNON LISS-RIORDAN (*Pro Hac Vice*)
(sliss@llrlaw.com)
HILLARY SCHWAB (*Pro Hac Vice*)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone:  (617) 994-5800
Facsimile:    (617) 994-5801

PLTFS ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL;
CASE NO. CV 09-03495 SC