WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
**THE STURDEVANT LAW FIRM**
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

Attorneys for Plaintiffs and the Putative Class

BENJAMIN K. RILEY (SBN 112007)
(rileyb@howrey.com)
**BARTKO, ZANKEL, TARRANT & MILLER**
900 Front Street, Suite 300
San Francisco, CA  94111
Telephone:     (415) 956-1900
Facsimile:     (415) 956-1152

Attorneys for Defendants Jani-King of California, Inc.
Jani-King, Inc., and Jani-King International, Inc.

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas Corporation; JANI-KING, INC., a Texas Corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV09-03495 SC<br><br>**CLASS ACTION**<br><br>**STIPULATION PER LOCAL RULE 6-2 AND [Proposed] ORDER TO VACATE OR CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiffs ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO ("Plaintiffs") and Defendants JANI-KING OF CALIFORNIA, INC., JANI-KING, INC., and JANI-KING INTERNATIONAL, INC. ("Defendants") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS, on September 24, 2010, the Court entered its Order Denying Plaintiffs' Motion to Certify the Class [Dkt. No. 93], denying Plaintiffs' initial Motion to Certify Class and ordering Plaintiffs to file an Amended Motion to Certify Class (the "Amended Motion") no later than October 8, 2010, with a hearing set on the Amended Motion for December 3, 2010;

WHEREAS, on October 8, 2010, Plaintiffs filed their Amended Motion;

WHEREAS, as required by the Local Rules, Defendants intend to file their Opposition papers to the Amended Motion on or before November 12, 2010, and Plaintiffs intend to file their Reply papers on or before November 19, 2010;

WHEREAS, after the filing of the papers in support and opposition to the Amended Motion, the parties intend to prepare for and argue the Amended Motion at the hearing set by this Court for December 3, 2010;

WHEREAS on November 9, 2010, the Court issued a Clerk's Notice setting this matter for a Status Conference on Friday, November 19, 2010, at 10 a.m. [Dkt. No. 106];

WHEREAS, in the interest of judicial economy and so that the parties may complete their briefing and argument of the pending Amended Motion, the parties propose that the Status Conference set for November 19, 2010, either be vacated to be reset approximately 30 days after the Court issues its ruling on the Amended Motion, or in the alternative, be continued to coincide with the hearing on the Amended Motion on December 3, 2010.

ACCORDINGLY, based on the foregoing, the parties hereby stipulate and propose to the Court that the Status Conference set for November 19, 2010, be vacated or continued to December 3, 2010.

IT IS SO STIPULATED.

DATED: November 11, 2010                     THE STURDEVANT LAW FIRM
                                             A Professional Corporation

                                    By:      _____/s/ Whitney Huston_____
                                             WHITNEY HUSTON
                                             Attorneys for Plaintiffs
                                             ALEJANDRO JUAREZ, MARIA JUAREZ,
                                             LUIS A. ROMERO, and MARIA PORTILLO

DATED: November 11, 2010                     BARTKO, ZANKEL, TARRANT & MILLER

                                    By:      _____/s/ Benjamin K. Riley_____
                                             BENJAMIN K. RILEY
                                             Attorneys for Defendants
                                             JANI-KING OF CALIFORNIA, INC.,
                                             JANI-KING, INC., and JANI-KING
                                             INTERNATIONAL, INC.

### [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that the Status Conference set for November 19, 2010 is hereby ~~vacated [is~~ continued until ~~December 3, 2010]~~.  January 21, 2011 at 10:00 a.m.

DATED: November 16, 2011

                                             _____
                                             The Honorable Samuel Conti
                                             United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*

2

**Additional Counsel**

For Plaintiffs and the Putative Class:

MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES VILLEGAS CARRERA, LLP
San Francisco, California 94133
170 Columbus Ave, Suite 300
Telephone: (415) 989-8000
Facsimile: (415) 989-8028


SHANNON LISS-RIORDAN (BBO #640716) (*Pro Hac Vice*)
(sliss@llrlaw.com)
HILLARY SCHWAB (BBO #666029) (*Pro Hac Vice*)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

For Defendants Jani-King of California, Inc., et al.:

KERRY L. BUNDY (MN Bar No. 266917) *(Pro Hac Vice)*
(kbundy@faegre.com)
AARON VAN OORT (MN Bar No. 315539) *(Pro Hac Vice)*
(avanoort@faegre.com)
EILEEN M. HUNTER (MN Bar No. 336336) *(Pro Hac Vice)*
(ehunter@haegre.com)
FAEGRE & BENSON, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

3