BENJAMIN K. RILEY (CA Bar No. 112007)
briley@bztm.com
**BARTKO, ZANKEL, TARRANT & MILLER**
900 Front Street, Suite 300
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

KERRY L. BUNDY (MN Bar No. 266917) *(Pro Hac Vice)*
kbundy@faegre.com
AARON VAN OORT (MN Bar No. 315539) *(Pro Hac Vice)*
avanoort@faegre.com
EILEEN M. HUNTER (MN Bar No. 336336) *(Pro Hac Vice)*
ehunter@faegre.com
**FAEGRE & BENSON, LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Attorneys for Defendants
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600

Attorneys for Defendants
JANI-KING OF CALIFORNIA, INC.,
JANI-KING, INC., and
JANI-KING INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JANI-KING OF CALIFORNIA, INC., a Texas corporation; JANI-KING, INC., a Texas corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation, <br><br> Defendants. | No. CV-09-03495 SC <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN CONNECTION WITH DEFENDANTS' OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION** <br><br> Date:            December 3, 2010 <br> Time:            10:00 a.m. <br> Courtroom:    1, 17th Floor <br> Judge:           The Hon. Samuel Conti <br><br> Complaint Filed:    June 22, 2009 |

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE DOCS UNDER SEAL
Case No.: CV-09-03495 SC

On November 11, 2010, Defendants Jani-King of California, Inc., Jani-King, Inc., and Jani-King International, Inc. (collectively "Defendants") filed their Administrative Motion To File Under Seal Documents In Connection With Defendants' Opposition to Plaintiffs' Amended Motion for Class Certification, along with the supporting Declaration of Kerry L. Bundy under Local Rule 79-5(b) and (c) detailing which exhibits, filed provisionally under seal by Defendants, should be ordered filed under seal.

The Court, having considered the arguments of counsel and good cause being demonstrated by Defendants for the sealing of certain documents under Local Rule 79-5,

HEREBY GRANTS Defendants' Motion to Seal with respect to the following exhibits:

    (a) Exhibits IV-A through VII of Exhibit 6 to the Declaration of Eileen Hunter In Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Hunter Declaration"); and

    (b) Exhibits 29, 30, and 31 to the Hunter Declaration.

Defendants are directed to publicly file the non-sealed portions of Exhibit 6 to the Hunter Declaration.

**IT IS SO ORDERED.**

Dated:  November 23, 2010

_____
Hon. Samuel Conti
United States District Judge

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE DOCS UNDER SEAL
Case No.: CV-09-03495 SC