1  BENJAMIN K. RILEY (CA Bar No. 112007)
   briley@bztm.com
2  **BARTKO, ZANKEL, TARRANT & MILLER**
   900 Front Street, Suite 300
3  San Francisco, California 94111
   Telephone: (415) 956-1900
4  Facsimile: (415) 956-1152

5  Kerry L. Bundy (MN Bar No. 266917) *(Pro Hac Vice)*
   kbundy@faegre.com
6  Aaron Van Oort (MN Bar No. 315539) *(Pro Hac Vice)*
   avanoort@faegre.com
7  Eileen M. Hunter (MN Bar No. 336336) *(Pro Hac Vice)*
   ehunter@faegre.com
8  **FAEGRE & BENSON, LLP**
   2200 Wells Fargo Center
9  90 South Seventh Street
   Minneapolis, MN 55402
10 Attorneys for Defendants
   Telephone: (612) 766-7000
11 Facsimile: (612) 766-1600

12 Attorneys for Defendants
   JANI-KING OF CALIFORNIA, INC.,
13 JANI-KING, INC., and
   JANI-KING INTERNATIONAL, INC.

14

15                       UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
16                            SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  ALEJANDRO JUAREZ, MARIA JUAREZ, ) | No. CV-09-03495 SC |
| LUIS A. ROMERO, and MARIA PORTILLO, ) | |
| 19  individually and on behalf of all others similarly ) | **CLASS ACTION** |
| situated, ) | |
| 20          ) | **DEFENDANTS' ADMINISTRATIVE** |
|     Plaintiffs,  ) | **MOTION TO CONSIDER WHETHER** |
| 21          ) | **CASES SHOULD BE RELATED;** |
|     v.     ) | **SUPPORTING DECLARATION** |
| 22          ) | |
| JANI-KING OF CALIFORNIA, INC., a Texas ) | |
| 23  corporation; JANI-KING, INC., a Texas ) | Judge:   The Hon. Samuel Conti |
| corporation; JANI-KING INTERNATIONAL, ) | |
| 24  INC., a Texas corporation, ) | |
|          ) | |
| 25     Defendants. ) | |
|          ) | |
| 26          ) | |
| AND RELATED COUNTERCLAIM. ) | |
| 27          ) | |

28

## ADMINISTRATIVE MOTION

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Jani-King of California, Inc., Jani-King, Inc., and Jani-King International, Inc. (collectively "Defendants") hereby notify this Court of a related case recently removed to this Court.

**The Two Related Cases.**  As this Court knows, the current case, *Juarez et al. v. Jani-King of California, Inc., et al.,* Case No. CV-09-03495 SC, was removed to this Court in August 2009 from the California Superior Court for the County of Alameda.  The *Juarez* plaintiffs' motion for class certification is currently under submission before this Court.

On December 2, 2010, Defendants filed their Notice of Removal removing to this Court the case of *Garcia v. Jani-King of California, Inc., Jani-King, Inc. and Jani-King International, Inc.,* Case No. C 10-05477 MEJ.  (A copy of the Complaint (without exhibits) filed in the *Garcia* case is attached as Exhibit 1 for the Court's reference.)  The *Garcia* case was originally filed in the California Superior Court for the County of Contra Costa, and was removed based on diversity of citizenship.

**Relationship of the Actions.**  Defendants submit that these two cases are related under the criteria set forth in Local Rule 3-12(a).  Both actions name the same three defendants:  Jani-King of California, Inc., Jani-King, Inc. and Jani-King International, Inc.  Both actions involve disputes brought by franchisees of Jani-King of California arising under the Jani-King franchise agreement.  (L.R. 3-12(a)(1).)  In fact, Plaintiff Cesar Garcia is a member of the purported class that the plaintiffs in *Juarez* seek to certify.  (*See* class definition at *Juarez* First Amended Complaint, ¶ 125, Dkt. 32 ("*Juarez* FAC").)

Although the facts necessary to prove the claims made in both actions are individualized, the nature of the allegations made in the two actions is substantially similar.  For example, the premise of each Complaint is that Jani-King franchisees are misclassified:  "Jani-King Misclassified Plaintiff as an Independent Contractor When In Actuality He was an Employee" (*Garcia* Complaint, ¶¶ 50-64); "Jani-King Misclassifies its California Franchisees as Independent Contractors" (*Juarez* FAC, ¶¶ 55-69).  In both cases the plaintiffs allege that they entered into the

1

1 Jani-King franchise agreement based on "untrue and/or misleading statements and omitted
2 information," concerning, among other things, plaintiffs' status as an independent contractor and
3 as an owner of their own franchise business. (*Garcia* Complaint, ¶¶ 15-16; *Juarez* FAC, ¶¶ 21,73,
4 92.) Both Complaints also challenge the various fees owed to Jani-King arising under the
5 franchise agreement as compensation for Jani-King's services as franchisor. (*Garcia* Complaint,
6 ¶¶ 18, 19, 20, 60; *Juarez* FAC, ¶¶ 28, 45, 85, 104, 123.) The Complaints also contend that Jani-
7 King misrepresented the amount of business that would be offered to plaintiffs, gave plaintiffs
8 unreasonable notice of new jobs, misrepresented the amount of time and effort required to
9 complete jobs, underbid jobs, and improperly took away business from the plaintiffs. (*Garcia*
10 Complaint, ¶¶ 21, 22, 29-31; *Juarez* FAC, ¶¶ 23-25, 47, 48, 50-53, 79, 81, 97, 100, 101, 116, 118-
11 120.)

12 Given the overlap in parties and the similarities in the allegations, "there will be unduly
13 burdensome duplication of labor and expense" and the potential for conflicting results if the cases
14 are conducted before different judges. (L.R. 3-12(a)(2).) Judge Conti is knowledgeable about the
15 issues raised in the *Juarez* case, having presided over it for 1½ years and adjudicating multiple
16 motions, and is currently considering the pending motion for class certification along with the
17 voluminous evidence submitted in support and against the motion. It would be wasteful and
18 burdensome to have another judge of this Court familiarize himself or herself with the same
19 franchise system, franchise agreement, and the issues alleged against the same defendants, and
20 might well result in conflicting decisions and results.

21 Accordingly, based on the foregoing and the factors under Local Rule 3-12(a), Defendants
22 respectfully submit that this matter should be assigned to Judge Samuel Conti.

23
24
25
26
27
28

2

2324.000/479377.1

DEFENDANTS' ADMIN. MOTION RE RELATED CASE
Case No.: CV-09-03495 SC

| | |
|---|---|
| Dated: December 9, 2010 | **BARTKO, ZANKEL, TARRANT & MILLER** |
| | **FAEGRE & BENSON, LLP** |
| | |
| | By:  */s/ Benjamin K. Riley* |
| | Benjamin K. Riley |
| | |
| | Attorneys for Defendants |
| | JANI-KING OF CALIFORNIA, INC., |
| | JANI-KING, INC., and |
| | JANI-KING INTERNATIONAL, INC. |

3

2324.000/479377.1     DEFENDANTS' ADMIN. MOTION RE RELATED CASE
Case No.: CV-09-03495 SC

**SUPPORTING DECLARATION**

I, Benjamin K. Riley, declare:

1. I have personal knowledge of the facts set forth below and if called as a witness could and would testify competently thereto.

2. I am co-counsel for Defendants in this matter.

3. Attached hereto and marked as Exhibit 1 is a true copy of the Complaint filed in the *Garcia* case (without exhibits).

4. On December 7, 2010, I left a message with Whitney Huston, counsel for the *Juarez* Plaintiffs, informing her of Defendants' intent to file this Administrative Motion Re Related Case. I also sent Ms. Huston an email copy of the Complaint in the *Garcia* case. Ms. Huston responded on December 9, advising that although *Juarez* Plaintiffs' counsel agreed that filing this motion was necessary under the local rules, they took no position as to whether the cases were related.

5. On December 7, 2010, I left a message with the receptionist at the office of Daniel Feder, counsel for Plaintiff Cesar Garcia, advising her that Defendants intended to file this Administrative Motion Re Related Case, and asking that Mr. Feder or one of his colleagues call me back regarding Plaintiff Garcia's position on the motion. No one responded from Mr. Feder's office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 9, 2010

_____*/s/ Benjamin K. Riley*_____
Benjamin K. Riley