WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
**THE STURDEVANT LAW FIRM**
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

Attorneys for Plaintiffs and the Putative Class

BENJAMIN K. RILEY (SBN 112007)
(briley@bztm.com)
**BARTKO, ZANKEL, TARRANT & MILLER**
900 Front Street, Suite 300
San Francisco, CA  94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants Jani-King of California, Inc.
Jani-King, Inc., and Jani-King International, Inc.

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas Corporation; JANI-KING, INC., a Texas Corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. CV09-03495 SC<br><br>**CLASS ACTION**<br><br>**STIPULATION PER LOCAL RULE 6-2 AND [Proposed] ORDER TO VACATE OR CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiffs ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO ("Plaintiffs") and Defendants JANI-KING OF CALIFORNIA, INC., JANI-KING, INC., and JANI-KING INTERNATIONAL, INC. ("Defendants") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS, on October 8, 2010, Plaintiffs filed their Amended Motion to Certify Class ("Amended Motion");

WHEREAS, on November 11, 2010, Defendants filed their Opposition to the Amended Motion and on November 19, 2010, Plaintiffs filed their Reply papers;

WHEREAS, the Court thereafter vacated the hearing on the Amended Motion set for December 3, 2010, electing to decide the motion on the papers;

WHEREAS, the Amended Motion continues to be under submission by the Court;

WHEREAS, the Court previously set this matter for Status Conference on Friday, January 21, 2011, at 10:00 a.m.; and

WHEREAS, given that the next tasks to be performed in this case depend on the Court's ruling on the Amended Motion and in the interest of efficiency and judicial economy, the parties propose that the Status Conference set for January 21, 2011, be vacated to be reset approximately 21 days after the Court issues its ruling on the Amended Motion.

ACCORDINGLY, based on the foregoing, the parties hereby stipulate and propose to the Court that the Status Conference set for January 21, 2011, be reset approximately 21 days after the Court issues its ruling on the Amended Motion.

**IT IS SO STIPULATED.**

DATED:   January 12, 2011          THE STURDEVANT LAW FIRM
                                   A Professional Corporation


                                   By:      /s/ Whitney Huston
                                        WHITNEY HUSTON
                                        Attorneys for Plaintiffs

DATED:   January 12, 2011               **BARTKO, ZANKEL, TARRANT & MILLER**


                                        By:      /s/ Benjamin K. Riley
                                                 BENJAMIN K. RILEY
                                                 Attorneys for Defendants Jani-King of
                                                 California, Inc., Jani-King, Inc., and Jani-King
                                                 International, Inc.

~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that the Status Conference set for January 21, 2011 is hereby vacated, ~~to be reset approximately 21 days after the Court issues its ruling on the Amended Motion~~.

DATED:  1/13/11

The Hon. _____
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**Additional Counsel**

**For Plaintiffs and the Putative Class:**

MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES VILLEGAS CARRERA, LLP
San Francisco, California 94133
170 Columbus Ave, Suite 300
Telephone: (415) 989-8000
Facsimile: (415) 989-8028

SHANNON LISS-RIORDAN (BBO #640716) (*Pro Hac Vice*)
(sliss@llrlaw.com)
HILLARY SCHWAB (BBO #666029) (*Pro Hac Vice*)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

Monique Olivier, Esq. (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ & OLIVIER LLP
235 Montgomery Street, Suite 1010
San Francisco, CA  94104
Tel:  415.433.0333
Fax:  415.449.6556

**For Defendants Jani-King of California, Inc., et al.:**

KERRY L. BUNDY (MN Bar No. 266917) *(Pro Hac Vice)*
(kbundy@faegre.com)
AARON VAN OORT (MN Bar No. 315539) *(Pro Hac Vice)*
(avanoort@faegre.com)
EILEEN M. HUNTER (MN Bar No. 336336) *(Pro Hac Vice)*
(ehunter@haegre.com)
FAEGRE & BENSON, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600