```
1   JAMES C. STURDEVANT (SBN 94551)
    (jsturdevant@sturdevantlaw.com)
2   WHITNEY HUSTON (SBN 234863)
    (whuston@sturdevantlaw.com)
3   THE STURDEVANT LAW FIRM
    A Professional Corporation
4   354 Pine Street, Fourth Floor
    San Francisco, CA  94104
5   Telephone:  (415) 477-2410
    Facsimile:   (415) 477-2420
6
    MARK TALAMANTES (SBN 187961)
7   (mark@e-licenciados.com)
    JENNIFER A. REISCH (SBN 223671)
8   (jennifer@e-licenciados.com)
    TALAMANTES/VILLEGAS/CARRERA, LLP
9   170 Columbus Avenue, Suite 300
    San Francisco, CA 94133
10  Telephone:  (415) 989-8000
    Facsimile:   415) 989-8028
11
    Attorneys for Plaintiffs
12
    (ADDITIONAL COUNSEL LISTED ON LAST PAGE)
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO JUAREZ, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas Corporation, et al.,<br><br>            Defendants. | Case No.:  CV09-03495 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO PARTICIPATE IN ADR** |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation,<br><br>            Counterclaimant,<br><br>v.<br><br>ALEJANDRO JUAREZ and MARIA JUAREZ,<br><br>            Counterclaim Defendants. | Complaint filed:   June 22, 2009 |

---

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO PARTICIPATE IN ADR; CASE NO. CV 09-03495 SC SC

Pursuant to Civil Local Rules 6-2, 7-12, 16-8, and ADR Local Rule 3-5, Plaintiffs Alejandro Juarez, Maria Juarez, Luis A. Romero and Maria Portillo ("Plaintiffs") and Defendants Jani-King of California, Inc., Jani-King, Inc., and Jani-King International, Inc. ("Defendants"), hereby state as follows:

1. On January 6, 2010, this Court entered its Order Selecting ADR Process pursuant to the parties' stipulation that the parties would participate in private ADR through ADR Services, or another neutral to be agreed on by the parties, 45 days after the Court's ruling on Plaintiffs' motion for class certification. (Dkt. 38.)

2. On March 4, 2011, this Court issued its Order Denying Plaintiffs' Motion to Certify the Class, and set a Case Status Conference for April 29, 2011. (Dkt. 130.)

3. On January 22, 1010, this Court held an initial Status Conference (Dkt. 40) ordering that discovery be bifurcated (class/merits). Accordingly, prior to this Court's order on class certification the parties had only engaged in discovery related to class certification.

4. The parties anticipate the need to conduct merits based discovery prior to having a meaningful mediation, including, for example, to conduct an assessment of damages.

5. The parties have met and conferred regarding their availability. The parties agree that they need additional time to conduct merits discovery. Thus, in light of their limited availability due to other scheduling matters, the parties have agreed to August 1, 2011 to participate in private ADR.

6. Accordingly, for good cause shown, the parties hereby stipulate that:

   i. the Stipulation and Order Selecting ADR Process entered on January 6, 2010 setting a deadline for participating in Private ADR to a date no later than 45 days after the Court's order on Plaintiff's Motion for Class Certification be vacated; and

   ii. the deadline for parties to participate in Private ADR be continued to Monday, August 1, 2011.

DATED:  April 18, 2011                    Respectfully submitted,

                                          THE STURDEVANT LAW FIRM
                                          A Professional Corporation

                                          TALAMANTES/VILLEGAS/CARRERA, LLP

|     |                                                              |
| --- | ------------------------------------------------------------ |
| 1   | DUCKWORTH PETERS LEBOWITZ OLIVIER LLP                        |
| 2   | LICHTEN & LISS-RIORDAN, P.C.                                 |
| 3   | By: /s/ *Whitney Huston*                                     |
| 4   | Whitney Huston<br>Attorneys for Plaintiffs                   |
| 5   | FAEGRE & BENSON, LLP                                         |

By: /s/ *Whitney Huston*
Whitney Huston
Attorneys for Plaintiffs

FAEGRE & BENSON, LLP

By: /s/ *Eileen M. Hunter*
Eileen M. Hunter
Kerry L. Bundy
Aaron Van Oort
Attorneys for Defendants

BARTKO, ZANKEL, TARRANT & MILLER

By: /s/ *Benjamin K. Riley*
Benjamin K. Riley
Attorneys for Defendants

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the Order Selecting ADR Process is hereby VACATED. The above-captioned matter is hereby referred to Private ADR. The deadline for participating in such ADR session shall be: August 1, 2011.

IT IS SO ORDERED.

Dated: April 19, 2011

_____
The Honorable Samuel Conti
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*

## ATTESTATION

I, Whitney Huston, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Deadline to Participate in ADR. In compliance with General Order 45, I hereby attest that Eileen M. Hunter, Kerry L. Bundy, Aaron Van Oort, and Benjamin Riley counsel for Defendants, have concurred in this filing.

Dated: April 18, 2011          By:   /s/ *Whitney Huston*
                                      Whitney Huston
                                      Attorneys for Plaintiffs

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

SHANNON LISS-RIORDAN (*Pro Hac Vice*)
(sliss@llrlaw.com)
HILLARY SCHWAB (*Pro Hac Vice*)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone:  (617) 994-5800
Facsimile:   (617) 994-5801