1  MARK TALAMANTES (SBN 187961)
   (mark@e-licenciados.com)
2  JENNIFER A. REISCH (SBN 223671)
   (jennifer@e-licenciados.com)
3  TALAMANTES/VILLEGAS/CARRERA, LLP
   170 Columbus Avenue, Suite 300
4  San Francisco, CA 94133
   Telephone: (415) 989-8000
5  Facsimile:  415) 989-8028

6  MONIQUE OLIVIER (SBN 190385)
   (monique@dplolaw.com)
7  DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
   100 Bush Street, Suite 1800
8  San Francisco, CA 94104
   Telephone: (415) 433-0333
9  Facsimile:  (415) 449-6556

10 JAMES C. STURDEVANT (SBN 94551)
   (jsturdevant@sturdevantlaw.com)
11 THE STURDEVANT LAW FIRM
   A Professional Corporation
12 354 Pine Street, Fourth Floor
   San Francisco, CA 94104
13 Telephone: (415) 477-2410
   Facsimile:  (415) 477-2420

14 Attorneys for Plaintiffs and the Putative Class
15 (*Additional counsel Listed on signature page*)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JUAREZ, et al., | Case No.: CV09-03495 SC |
| Plaintiffs, | **CLASS ACTION** |
| v. | **NOTICE OF PLAINTIFF LUIS A. ROMERO'S ACCEPTANCE OF OFFER OF JUDGMENT** |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation, et al., | |
| Defendants. | |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation, | Complaint filed:  June 22, 2009 |
| Counterclaimant, | |
| v. | |
| ALEJANDRO JUAREZ and MARIA JUAREZ, | |
| Counterclaim Defendants. | |

| | |
|---|---|
| 1 | **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |
| 2 | Plaintiff Luis A. Romero hereby accepts the offer of the Defendants Jani-King of California, |
| 3 | Inc., Jani-King, Inc., and Jani-King International, Inc. to allow judgment to be entered against |
| 4 | Defendants, and in favor of Plaintiff Luis A. Romero, on all counts of the First Amended Complaint, |
| 5 | a copy of which is filed herewith as Exhibit A. |

DATED: August 30, 2011                                   Respectfully submitted,

TALAMANTES/VILLEGAS/CARRERA, LLP

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

THE STURDEVANT LAW FIRM
A Professional Corporation

LICHTEN & LISS-RIORDAN, P.C.

By:   */s/ Jennifer A. Reisch*
        Jennifer A. Reisch
        Attorneys for Plaintiffs

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

SHANNON LISS-RIORDAN (*Pro Hac Vice*)
(sliss@llrlaw.com)
HILLARY SCHWAB (*Pro Hac Vice*)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone:  (617) 994-5800
Facsimile:    (617) 994-5801

# EXHIBIT A

```
 1 │ Benjamin K. Riley (CA Bar No. 112007)
   │ briley@bztm.com
 2 │ BARTKO, ZANKEL, TARRANT & MILLER
   │ 900 Front Street, Suite 300
 3 │ San Francisco, CA  94111
   │ Telephone:  (415) 956-1900
 4 │ Facsimile:  (415) 956-1152
   │
 5 │ Kerry L. Bundy (MN Bar No. 266917) *(Pro Hac Vice)*
   │ kbundy@faegre.com
 6 │ Aaron Van Oort (MN Bar No. 315539) *(Pro Hac Vice)*
   │ avanoort@faegre.com
 7 │ Eileen M. Hunter (MN Bar No. 336336) *(Pro Hac Vice)*
   │ ehunter@faegre.com
 8 │ FAEGRE & BENSON, LLP
   │ 2200 Wells Fargo Center
 9 │ 90 South Seventh Street
   │ Minneapolis, MN  55402
10 │ Telephone:  (612) 766-7000
   │ Facsimile:  (612) 766-1600
11 │
   │ Attorneys for Defendants
12 │ JANI-KING OF CALIFORNIA, INC., JANI-KING, INC.,
   │ and JANI-KING INTERNATIONAL, INC.
13 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO and MARIA PORTILLO, et al., | Case No.: CV 09-3495 SC |
|---|---|
| Plaintiffs, | **DEFENDANTS' OFFER OF JUDGMENT TO LUIS ROMERO** |
| vs. | |
| JANI-KING OF CALIFORNIA, INC., et al., | |
| Defendants. | |
| JANI-KING OF CALIFORNIA, INC., a Texas corporation, JANI-KING, INC., a Texas corporation, JANI-KING INTERNATIONAL, INC., a Texas corporation, | The Honorable Samuel Conti<br>Courtroom: 1 |
| Counterclaimants, | |
| vs. | |
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO and MARIA PORTILLO, individually and on behalf of all others similarly situated, and DOES 1 through 20, inclusive, | |
| Counter-Defendants. | |

DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF MARIA PORTILLO
Case No.: CV 09-3495 SC

Pursuant to Fed. R. Civ. P. 68, JANI-KING OF CALIFORNIA, INC., JANI-KING, INC., and JANI-KING INTERNATIONAL, INC. (hereinafter collectively "Defendants") hereby offer to allow judgment for all claims to be taken against them by Plaintiff Luis Romero in the above-captioned matter for the amount of fifty thousand dollars ($50,000), which is the total amount that Defendants shall be obligated to pay on the account of any liability claimed herein, and which shall include any liability for costs of suit and any claim for attorney fees awardable by statute, contract or otherwise and any claim for fees payable to expert witnesses or other costs accrued to date that might be recoverable against Defendants in this action.

This Offer shall remain open for fourteen (14) days after the service of this Offer. Refusal by Plaintiff to accept this offer within fourteen (14) days after the service of this Offer shall be deemed a rejection.

This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed either as an admission that Defendants are liable in this action, or that plaintiff Luis Romero has suffered any damages.

Dated: August 17, 2011

**FAEGRE & BENSON LLP**

**BARTKO, ZANKEL, TARRANT & MILLER**

/s/ Kerry L. Bundy

By Kerry L. Bundy

Attorneys for Defendants JANI-KING OF CALIFORNIA, INC., JANI-KING, INC., and JANI-KING INTERNATIONAL, INC.

fb.us.7185316.01

## PROOF OF SERVICE

I, Jerri Lou Holmgren declare as follows:

I am over the age of eighteen years and not a party to the within entitled action. I am employed at the law offices of Faegre & Benson LLP, located at 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402.

On August 17, 2011, I served:

**Defendants' Offer of judgment to Luis Romero**

On the interested parties as follows:

Monique Olivier, Esq. (E-mail: *monique@dplolaw.com*)
Duckworth Peters Lebowitz Olivier LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104

James Sturdevant, Esq. (E-mail: *jsturdevant@sturdevantlaw.com*)
The Sturdevant Law Firm, P.A.
354 Pine Street, 4th Floor
San Francisco, CA 94104

Shannon Liss-Riordan, Esq. (E-mail: *sliss@llrlaw.com*)
Hillary Schwab, Esq. (E-mail: *hschwab@llrlaw.com*)
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114

Mark Talamantes, Esq. (E-mail: *mark@e-licenciados.com*)
Jennifer A. Reisch, Esq. (E-Mail: *jennifer@e-licenciados.com*)
Talamantes Villegas Carrera, LLP
170 Columbus Ave., Suite 300
San Francisco, CA 94133

and served the named document in the manner indicated below:

☒ **BY MAIL:** I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

1 ☐ **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in envelop(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s) listed above.

4 ☐ **BY EXPRESS SERVICES OVERNIGHT:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNIGHT for overnight courier service to the office(s) of the addressee(s).

8 ☐ **BY FACSIMILE:** I caused copy(ies) of such document(s) to be transmitted via facsimile machine to the fax number(s) listed above. The transmission was reported as complete and without error. I caused the transmitting facsimile machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

12 ☒ **BY ELECTRONIC MAIL:** I caused a copy(ies) of such document(s) to be transmitted by electronic mail to the e-mail addresses listed above. The electronic mail transmission was complete without error.

I declare under penalty of perjury under the laws of the I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed August 17, 2011, at Minneapolis, Minnesota.

*/s/ Jerri Lou Holmgren*
Jerri Lou Holmgren

fb.us.7185316.01

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. I am a resident of the State of California and am employed in the County of San Francisco. My business address is The Sturdevant Law Firm, 354 Pine Street, Fourth Floor, San Francisco, California 94104. On **August 30, 2011**, I served a true and correct copy of the document(s) described below on the parties and/or their attorney(s) of record to this action in the manner indicated:

**NOTICE OF PLAINTIFF LUIS A. ROMERO'S ACCEPTANCE OF OFFER OF JUDGMENT**

[√] **U.S. MAIL:** I am employed in the county where the mailing occurred. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, such correspondence is deposited with the United States Postal Service in a sealed envelope or package that same day with first-class postage thereon fully prepaid. On the date indicated above, I placed the document(s) listed above in a sealed envelope or package with first-class postage thereon fully prepaid, and placed the envelope or package for collection and mailing today with the United States Postal Service at San Francisco, California addressed as set forth on the attached service list. The address(es) shown on the attached service list is (are) the same as shown on the envelope or package. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. CCP §§ 1013(a)-(b), 1013a, FRCP § 5(b), FRAP §§ 5(c)-(d).

[√] **ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept service by electronic transmission ("e-mail"), I transmitted by e-mail the document(s) listed above from this e-mail address, **kbecker@sturdevantlaw.com**, to the e-mail address(es) set forth on the attached service list on this date at the time indicated on the transmission report. The document(s) listed above was (were) served electronically and the transmission was reported as complete and without error. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I, thereafter, mailed a copy to the same party(ies) by placing true copies of the document(s) in a sealed envelope or package with first-class postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth on the attached service list. The address(es) set forth on the attached service list is (are) the same as shown on the envelope or package. CCP § 1010.6(a)(6), CRC 2060, FRCP § 5(b), N.Dist. Civil L.R 5-5.

[ ] **OVERNIGHT DELIVERY SERVICE:** I am readily familiar with this firm's practice for the collection and processing of overnight delivery correspondence. In the ordinary course of business, such correspondence is placed in a sealed envelope or package and is deposited with the overnight courier that same day with fees thereon fully prepaid. On this date, I placed the document(s) listed above in a sealed envelope or package designated by the overnight delivery service with delivery fees paid or provided for, for delivery the next business day to the party(ies) as set forth on the attached service list and deposited this package in a box or facility regularly maintained by said overnight delivery service or delivered it to a courier or driver authorized by said overnight delivery service to receive documents. The address(es) set forth on the attached service list is (are) the same as shown on the envelope or package. CCP §§ 1013(c)-(d), N.Dist. Civil L.R. 5-5, FRAP §§ 5(c)-(d).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. 28 U.S.C. § 1746.

Executed on **August 30, 2011**, at San Francisco, California.

_____
Kathy Becker

## SERVICE LIST

| ADDRESSEE(S) | PARTY(IES) REPRESENTED |
|---|---|
| KERRY L. BUNDY<br>(*kbundy@faegre.com*)<br>AARON VAN OORT<br>(*avanoort@faegre.com*)<br>EILEEN M. HUNTER<br>(*ehunter@haegre.com*)<br>FAEGRE & BENSON, LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | Defendants |
| Benjamin K. Riley<br>(*rileyb@howrey.com*)<br>Emily L. Maxwell<br>(*maxwelle@howrey.com*)<br>Seth B. Herring<br>(*herrings@howrey.com*)<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105 | Defendants |
| MARK TALAMANTES<br>(*mark@e-licenciados.com*)<br>JENNIFER A. REISCH<br>(*jennifer@e-licenciados.com*)<br>TALAMANTES VILLEGAS CARRERA, LLP<br>170 Columbus Ave, Suite 300<br>San Francisco, California 94133 | Plaintiffs |
| SHANNON LISS-RIORDAN<br>(*sliss@llrlaw.com*)<br>HILLARY SCHWAB<br>(*hschwab@llrlaw.com*)<br>LICHTEN & LISS-RIORDAN, P.C.<br>100 Cambridge Street, 20th Floor<br>Boston, MA 02114 | Plaintiffs |
| MONIQUE OLIVIER (SBN 190385)<br>(*monique@dplolaw.com*)<br>DUCKWORTH PETERS LEBOWITZ OLIVIER LLP<br>100 Bush Street, Suite 1800<br>San Francisco, CA 94104 | Plaintiffs |