Benjamin K. Riley (SBN 112007)
(*briley@bztm.com*)
BARTKO, ZANKEL, TARRANT & MILLER
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone:  (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Defendants

JAMES C. STURDEVANT (SBN 94551)
(*jsturdevant@sturdevantlaw.com*)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:    (415) 477-2420

Attorneys for Plaintiffs

(*Additional Counsel Listed on Last Page*)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JUAREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JANI-KING OF CALIFORNIA, INC., a Texas Corporation, et al., <br><br> Defendants. | Case No.:  CV09-03495 SC <br><br> **STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF FINAL JUDGMENT AS TO PLAINTIFF LUIS A. ROMERO** |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> ALEJANDRO JUAREZ and MARIA JUAREZ, <br><br> Counterclaim Defendants. | Complaint filed:   June 22, 2009 <br> Counterclaim filed:  November 22, 2010 |

1  WHEREAS on August 17, 2011, Defendants Jani-King of California, Inc., Jani-King, Inc., and Jani-King International, Inc. ("Defendants") served an Offer of Judgment to Plaintiff Luis A. Romero ("Romero") to allow judgment for all claims to be taken against them by Plaintiff Romero, on all counts of the First Amended Complaint, for the total amount of fifty thousand dollars ($50,000), which includes any liability for costs of suit and any claim for attorney fees awardable by statute, contract or otherwise and any claim for fees payable to expert witnesses, interest, or other costs accrued to date that might be recoverable by Romero against Defendants in this action.  (*See* Dkt. 145.)  Defendants' Offer of Judgment was made for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed either as an admission that Defendants are liable in this action, or that plaintiff Luis Romero has suffered any damages.

WHEREAS on August 30, 2011, Plaintiff filed a Notice of Plaintiff Luis A. Romero's Acceptance of Offer of Judgment.  (*Id.*)

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1    IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys
2    of record, that Judgment is to be entered against Defendants Jani-King of California, Inc., Jani-King,
3    Inc., and Jani-King International, Inc. and in favor of Plaintiff Luis A. Romero in the amount of fifty
4    thousand dollars ($50,000), inclusive of all damages, fees, costs, and interest, as reflected in the
5    attached proposed Final Judgment.

DATED:  September 19, 2011                    Respectfully submitted,

                                              FAEGRE & BENSON, LLP

                                              By:  /s/ *Eileen M. Hunter*
                                                   Eileen M. Hunter
                                                   Kerry L. Bundy
                                                   Aaron Van Oort
                                                   Attorneys for Defendants

                                              BARTKO, ZANKEL, TARRANT & MILLER

                                              By:  /s/ *Benjamin K. Riley*
                                                   Benjamin K. Riley
                                                   Attorneys for Defendants

                                              THE STURDEVANT LAW FIRM
                                              A Professional Corporation

                                              TALAMANTES/VILLEGAS/CARRERA, LLP

                                              DUCKWORTH PETERS LEBOWITZ
                                              OLIVIER LLP

                                              LICHTEN & LISS-RIORDAN, P.C.

                                              By:  /s/ *Jennifer A. Reisch*
                                                   Jennifer A. Reisch
                                                   Attorneys for Plaintiffs


                           **[PROPOSED] ORDER**

         **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____             _____
                                               The Honorable Samuel Conti
                                               UNITED STATES DISTRICT JUDGE

2

**ATTESTATION**

I, Benjamin K. Riley, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order for Entry of Judgment as to Plaintiff Luis A. Romero. In compliance with General Order 45, I hereby attest that Jennifer Reisch and Hillary Schwab, counsel for Plaintiffs, have concurred in this filing.

Dated:  September 19, 2011              By:      /s/ *Benjamin K. Riley*
                                                 Benjamin K. Riley
                                                 Attorneys for Defendants

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

MARK TALAMANTES (SBN 187961)
(*mark@e-licenciados.com*)
JENNIFER A. REISCH (SBN 223671)
(*jennifer@e-licenciados.com*)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone:  (415) 989-8000
Facsimile:   (415) 989-8028

MONIQUE OLIVIER (SBN 190385)
(*monique@dplolaw.com*)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

SHANNON LISS-RIORDAN (*Pro Hac Vice*)
(*sliss@llrlaw.com*)
HILLARY SCHWAB (*Pro Hac Vice*)
(*hschwab@llrlaw.com*)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone:  (617) 994-5800
Facsimile:    (617) 994-5801

**COUNSEL FOR DEFENDANTS**

Kerry L. Bundy (MN Bar No. 266917) (Pro Hac Vice)
kbundy@faegre.com
Aaron Van Oort (MN Bar No. 315539) (Pro Hac Vice)
avanoort@faegre.com
Eileen M. Hunter (MN Bar No. 336336) (Pro Hac Vice)
ehunter@faegre.com
FAEGRE & BENSON, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612.766.7000
Facsimile: 612.766.1600