MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone:  (415) 989-8000
Facsimile:    415) 989-8028

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

Attorneys for Plaintiffs and the Putative Class
(*Additional counsel Listed on signature page*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEJANDRO JUAREZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANI-KING OF CALIFORNIA, INC., a Texas Corporation, *et al.*, <br><br> Defendants. <br><br><br> AND RELATED COUNTERCLAIM. | Case No.:   CV09-03495 SC <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE BRIEFING SCHEUDLE ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (DKT. 149) PURSUANT TO CIVIL L.R. 6-3** <br><br> Complaint filed:      June 22, 2009 <br> Trial date:               February 13, 2012 |

**ORDER**

Having reviewed the papers submitted in support of and in opposition to Plaintiffs' Motion to Enlarge Briefing Schedule on Defendants' Motions for Summary Judgment, and GOOD CAUSE appearing, this Court hereby ORDERS that the deadlines for Plaintiffs' opposition and Defendants' reply on Defendants' Motions for Summary Judgment (Dkt. 149) shall be amended as follows:

- Plaintiffs' Opposition to be filed no later than: December 23, 2011

- Defendants' Reply to be filed no later than: January 6, 2012

**IT IS SO ORDERED.**

Dated: 12/1/2011  _____
HONORABLE SAMUEL CONTI
United States District Court Judge

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

SHANNON LISS-RIORDAN (*Pro Hac Vice*)
(sliss@llrlaw.com)
HILLARY SCHWAB (*Pro Hac Vice*)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone:  (617) 994-5800
Facsimile:   (617) 994-5801

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE BRIEFING SCHEDULE    CASE NO. CV 09-03495 SC