MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone:  (415) 989-8000
Facsimile:   (415) 989-8028

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

Attorneys for Plaintiffs
(*Additional counsel Listed on signature page*)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO JUAREZ, *et al*., <br><br>          Plaintiffs, <br> v. <br><br> JK OF CALIFORNIA, INC., a Texas Corporation, *et al*., <br><br>          Defendants. | Case No.:   CV09-03495 SC <br><br> **DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| AND RELATED COUNTERCLAIM. | Complaint filed:      June 22, 2009 <br> Trial date:               February 13, 2012 |

I, SHANNON LISS-RIORDAN, declare as follows:

1.      I am admitted to practice law in the Commonwealth of Massachusetts and am admitted *pro hac vice* to practice law before this Court in the above-captioned matter.  I am a partner of the law firm of Lichten & Liss-Riordan, P.C., and I represent the Plaintiffs in the above-captioned matter as co-counsel.

2.      I submit this affidavit in support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

3.      I hereby certify that the exhibits attached to my affidavit are true and accurate copies of the original documents.  I am unaware of any objection to the authenticity or admissibility of these exhibits.  The exhibits are as follows:

4.      Attached as Exhibit 1 is a true and correct copy of an April 28, 2011 Amici Brief submitted to the Massachusetts Supreme Judicial Court in support of the Plaintiffs-Appellants in the matter of Awuah v. Coverall North America, 460 Mass. 484 (2011).

5.      Attached as Exhibit 2 is a true and correct copy of the Declaration of Adela Andrade Quintana, submitted in support of Plaintiffs' Motion for Class Certification.  This document was marked as Deposition Exhibit 131.

6.      Attached as Exhibit 3 is a true and correct copy of the Declaration of Edgar Rodriguez, submitted in support of Plaintiffs' Motion for Class Certification.  This document was marked as Deposition Exhibit 144.

7.      Attached as Exhibit 4 is a true and correct copy of the Declaration of John Allen, submitted in support of Plaintiffs' Motion for Class Certification.  This document was marked as Deposition Exhibit 156.

8.      Attached as Exhibit 5 is a true and correct copy of the transcript of the deposition of Alejandro Juarez taken in this action on April 26, 2010.

9.      Attached as Exhibit 6 is a true and correct copy of the transcript of the deposition of Maria Juarez taken in this action on April 27, 2010.

10.     Attached as Exhibit 7 is a true and correct copy of the transcript of the deposition of Maria Portillo taken in this action on April 13, 2010.

11.     Attached as Exhibit 8 is a true and correct copy of Jani King's Franchisee Offering Circular, effective May 1, 2007.  This document was marked as Deposition Exhibit 5.

12.     Attached as Exhibit 9 is a true and correct copy of Maria Portillo's Franchise Agreement.  This document was marked as Deposition Exhibit 17.

13.     Attached as Exhibit 10 is a true and correct copy of a Jani King Sample Proposed Maintenance Agreement, which was produced in this action and bears Bates-stamp number JK Juarez 004281-JK Juarez 004294.  This document was marked as Deposition Exhibit 95.  This document is subject to a pending motion to file under seal.

14.     Attached as Exhibit 11 is a true and correct copy of the transcript of the deposition of Michael Seid, taken in the matter of <u>De Giovanni et al. v. Jani King et al.</u>, Case No. 07-10066-MLW (D. Mass.), on May 24, 2011.

15.     Attached as Exhibit 12 is a true and correct copy of the transcript of the deposition of Maria Juarez taken in this action on August 5, 2011.

16.     Attached as Exhibit 13 is a true and correct copy of Franchisee Call Logs, which were produced in this action and bear Bates-Stamp numbers Juarez DB DT 000558- Juarez DB DT 000561; Juarez DB PL 002506-Juarez DB PL 002590; Juarez BD DT 004906-Juarez BD DT 004907.  These documents were marked as Deposition Exhibits 54, 155, 195. This document is subject to a pending motion to file under seal.

17.     Attached as Exhibit 14 is a true and correct copy of Alejandro and Maria Juarez's "Franchisee Request to Turn in Account," which was produced in this action and bears Bates-stamp number JK Juarez 003886.  This document was marked as Deposition Exhibit 53. This document is subject to a pending motion to file under seal.

18.     Attached as Exhibit 15 is a true and correct copy of a Jani-King "72-hour notice," which was produced in this action and bears Bates-stamp numbers JK Juarez 000716- JK Juarez

000717.  This document was marked as Deposition Exhibit 122. This document is subject to a pending motion to file under seal.

19.     Attached as Exhibit 16 is a true and correct copy of the transcript of the deposition of Shane Anderson taken in this action on August 3, 2011.

20.     Attached as Exhibit 17 is a true and correct copy of the transcript of the deposition of Gary Freedman taken in this action on May 26, 2010.

21.     Attached as Exhibit 18 is a true and correct copy of a Jani King analysis of the account Bucca di Beppo, which was produced in this action and bears the Bates-stamp number JK Juarez 004126.  This document was marked as Deposition Exhibit 98. This document is subject to a pending motion to file under seal.

22.     Attached as Exhibit 19 is a true and correct copy of emails sent by Shane Anderson, vice President of Corporate Development, and Jill bean, Vice President of Internal Operations, which were produced in this action and bear the Bates-stamp numbers JK Juarez 009262; JK Juarez 009266; JK Juarez 009266; JK Juarez 009180-81.  These documents were marked as Deposition Exhibits 89, 90, 91, 110. This document is subject to a pending motion to file under seal.

23.     Attached as Exhibit 20 is a true and correct copy of a Franchise Report for Maria and Alejandro Juarez, dated April 21, 2010, which was produced in this action and bears the Bates-stamp numbers JK Juarez 009094-JK Juarez 009098.  This document was marked as Deposition Exhibit 40. This document is subject to a pending motion to file under seal.

24.     Attached as Exhibit 21 is a true and correct copy of the transcript of the deposition of Alejandro Juarez, taken in this action on August 4, 2011.

25.     Attached as Exhibit 22 is a true and correct copy of the transcript of the deposition of Julian Gaston, taken in this action of August 4, 2010.

26.     Attached as Exhibit 23 is a true and correct copy of a letter sent by Jani King to Maria Portillo on September 28, 2005.

27.     Attached as Exhibit 24 is a true and correct copy of the account history of Maria Portillo, dated April 9, 2010, which was produced in this action and bears the Bates-stamp number JK Juarez 008527. This document is subject to a pending motion to file under seal.

28.     Attached as Exhibit 25 is a true and correct copy of the the Juarezes' Franchise Agreement.  This document was marked Deposition Exhibit 43.

29.     Attached as Exhibit 26 is a true and correct copy of a Jani King training quiz taken by Alejandro Juarez, dated June 26, 2005, which was produced in this action and bears the Bates-stamp numbers JK Juarez 001985-JK Juarez 001994.  This document was marked Deposition Exhibit 44. This document is subject to a pending motion to file under seal.

30.     Attached as Exhibit 27 is a true and correct copy of the account history of Alejandro and Maria Juarez, dated April 9, 2010, which was produced in this action and bears the Bates-stamp number JK Juarez 008524-JK Juarez 008525.  This document was marked Deposition Exhibit 64. This document is subject to a pending motion to file under seal.

31.     Attached as Exhibit 28 is a true and correct copy of Jani King's Operations Managers Guide, which was produced in this action and bears the Bates-stamp numbers JK Juarez 005145-JK Juarez 005211.  This document was marked Deposition Exhibit 30. This document is subject to a pending motion to file under seal.

32.     Attached as Exhibit 29 is a true and correct copy of the transcript of the deposition of Don Burleson, taken in this action on April 15, 2010.

33.     Attached as Exhibit 30 is a true and correct copy of the transcript of the deposition of Randy Frazine, taken in this action on April 29, 2010.

34.     Attached as Exhibit 31 is a true and correct copy of Jani King's Policy and Procedures Manual, revised on April 1, 2000, which was produced in this action and bears the Bates-stamp numbers JK Juarez 008126-JK Juarez 008184. This document is subject to a pending motion to file under seal.

35.     Attached as Exhibit 32 is a true and correct copy of Jani King forms regarding bids and analysis of accounts, which were produced in this action and bear the Bates-stamp numbers JK

Juarez 003870; JK Juarez 003871; JK Juarez 005427; JK Juarez 004159; JK Juarez 004160.  This compilation of forms was marked as Deposition Exhibit 40. This document is subject to a pending motion to file under seal.

36.     Attached as Exhibit 33 is a true and correct copy of a Jani King New Account Startup Sheet, which was produced in this action and bears the Bates-stamp numbers JK Juarez 004246-JK Juarez 004248.  This document was marked Deposition Exhibit 72. This document is subject to a pending motion to file under seal.

37.     Attached as Exhibit 34 is a true and correct copy of a Jani King Account Bid Sheet, which was produced in this action and bears the Bates-stamp number JK Juarez 004109.  This document was marked as Deposition Exhibit 99. This document is subject to a pending motion to file under seal.

38.     Attached as Exhibit 35 is a true and correct copy of a Jani King Proposal letter to Buca di Beppo, dated December 7, 2006, which was produced in this action and bears the Bates-stamp numbers JK Juarez 004111-JK Juarez 004125.  This document was marked Deposition Exhibit 100.

39.     Attached as Exhibit 36 is a true and correct copy of the transcript of the deposition of Shane Anderson taken in this action on May 25, 2010.

40.     Attached as Exhibit 37 is a true and correct copy of excerpts of Jani King's monthly Franchise Reports, which were produced in this action.  The excerpts bear the Bates-stamp numbers Juarez DB DT 000641; Juarez DB DT 000694. This document is subject to a pending motion to file under seal.

41.     Attached as Exhibit 38 is a true and correct copy of excerpts of Jani King's monthly Franchise Reports, which were produced in this action.  The excerpts bear the Bates-stamp numbers Juarez DB DT 001419; Juarez DB DT 001495.  This document is subject to a pending motion to file under seal.

42.     Attached as Exhibit 39 is a true and correct copy of excerpts of Jani King's monthly Franchise Reports, which were produced in this action.  The excerpts bear the Bates-stamp numbers

Juarez DB DT 0013959; Juarez DB DT 001404. This document is subject to a pending motion to file under seal.

43.     Attached as Exhibit 40 is a true and correct copy of the transcript of the deposition of John Allen, taken in this action on August 9, 2010.

44.     Attached as Exhibit 41 is a true and correct copy of the transcript of the deposition of Leticia Ventura, taken in this action on August 3, 2010.

45.     Attached as Exhibit 42 is a true and correct copy of the transcript of the deposition of Maria Macias, taken in this action on August 2, 2010.

46.     Attached as Exhibit 43 is a true and correct copy of the transcript of the deposition of Yulia Grebennikova, taken in this action on August 2, 2010.

47.     Attached as Exhibit 44 is a true and correct copy of the transcript of the deposition of Edgar Rodriguez, taken in this action on August 5, 2010.

48.     Attached as Exhibit 45 is a true and correct copy of the transcript of the deposition of Luis Carlos Ruiz, taken in this action on August 5, 2010

49.     Exhibit 46 has been left blank on purpose

50.     Attached as Exhibit 47 is a true and correct copy of the transcript of the deposition of Luis Romero, taken in this action on April 12, 2010.

51.     Attached as Exhibit 48 is a true and correct copy of a letter sent by Maria Esther Orozco, which was produced in this action and bears the Bates-stamp number P09724

52.     Attached as Exhibit 49 is a true and correct copy of the transcript of the deposition of Adela Quintana, taken in this action on August 3, 2010.

Signed under the pains and penalties of perjury this 23rd day of December, 2011

    _/s/ Shannon Liss-Riordan_
       Shannon Liss-Riordan

6

1

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

2

SHANNON LISS-RIORDAN (*Pro Hac Vice*)
(sliss@llrlaw.com)

3

HILLARY SCHWAB (*Pro Hac Vice*)
(hschwab@llrlaw.com)

4

LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor

5

Boston, MA  02114
Telephone:  (617) 994-5800

6

Facsimile:    (617) 994-5801

7

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)

8

THE STURDEVANT LAW FIRM
A Professional Corporation

9

354 Pine Street, Fourth Floor
San Francisco, CA  94104

10

Telephone: (415) 477-2410
Facsimile:   (415) 477-2420

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Liss-Riordan Decl. in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment
Case No. CV 09-03495 SC