IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JUAREZ, et al., | ) Case No. 09-03495 SC |
| Plaintiffs, | ) ORDER CONTINUING TRIAL |
| v. | ) |
| JANI-KING OF CALIFORNIA, INC., et al., | ) |
| Defendants. | ) |

Now before the Court is Defendants Jani-King of California, Inc., Jani-King, Inc., and Jani-King International, Inc.'s ("Jani-King") Motion to Continue Trial Date Pursuant to Civil Local Rul 6-3. ECF No. 155 ("Mot."). Having reviewed the papers submitted in support of and in opposition to the Motion, the Court hereby ORDERS that the trial date be continued to March 12, 2012 at 9:30 A.M. All other aspects of the Court's April 29, 2011 Status Conference Order, ECF No. 143, shall remain in effect.

IT IS SO ORDERED.

Dated: January 4, 2012

UNITED STATES DISTRICT JUDGE