JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone: (415) 989-8000
Facsimile: (415) 989-8028

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA 94104
Telephone:(415) 433-0333
Facsimile: (415) 449-6556

Attorneys for Plaintiffs

(ADDITIONAL COUNSEL LISTED ON LAST PAGE)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO JUAREZ, et al., | Case No.: CV09-03495 SC |
| Plaintiffs, | |
| v. | ~~STIPULATION AND [PROPOSED]~~ ORDER ~~TO CONTINUE TRIAL DATE~~ |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation, et al., | |
| Defendants. | Complaint filed: June 22, 2009<br>Trial Date: March 12, 2012 |
| AND RELATED COUNTERCLAIM | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE; CASE NO. CV 09-03495 SC

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Alejandro Juarez, Maria Juarez, and Maria Portillo ("Plaintiffs") and Defendants Jani-King of California, Inc., Jani-King, Inc., and Jani-King International, Inc. ("Defendants"), hereby state as follows:

1. The trial in this matter originally was scheduled for February 13, 2012.

2. On December 22, 2011, Defendants moved to continue the trial until 45 days after the Court decides the pending motion for summary judgment. (Dkt. No. 155). Plaintiffs opposed the motion, noting that they were available for trial on February 13, 2012 and that their counsel had other trial commitments throughout the first half of 2012. (Dkt. No. 160 at 2). In Attorney Monique Olivier's declaration, she stated as follows:

> Plaintiffs' counsel have trials scheduled in other cases throughout the first half of 2012. Jennifer Reisch has a trial that is scheduled to begin on March 26, 2012 and another trial that is tentatively scheduled to begin in April 2012. Shannon Liss-Riordan and Hillary Schwab have a trial that is scheduled to begin on March 5, 2012. I have a trial that is scheduled to begin on April 2, 2012.

(Decl. of Monique Olivier In Opposition to Motion to Continue Trial Date, Dkt. No. 160-1, at ¶ 12).

3. In its Order Continuing Trial (Dkt. No. 162), the Court continued the trial date to March 12, 2012. Beginning a trial on that date would pose a significant hardship for Plaintiffs' counsel given their other trial commitments, particularly the two other trials scheduled for that month, including one scheduled to begin on March 5, 2012 that may continue into the week of March 12, 2012.

4. Counsel have conferred to identify the soonest trial date that works for all parties and their counsel, and have identified May 7, 2012.

5. Defendants are prepared to proceed with trial on March 12, but agree to postpone the trial start date to May 7 as a courtesy to Plaintiffs, given their scheduling conflicts.

6. Accordingly, the parties hereby stipulate that the trial be continued to May 7, 2012.

DATED: January 11, 2012                     Respectfully submitted,

                                            THE STURDEVANT LAW FIRM
                                            A Professional Corporation

                                            TALAMANTES/VILLEGAS/CARRERA, LLP

DUCKWORTH PETERS LEBOWITZ
OLIVIER LLP

LICHTEN & LISS-RIORDAN, P.C.

By:   /s/ *Monique Olivier*
Monique Olivier
Attorneys for Plaintiffs

FAEGRE & BENSON, LLP

By:   */s/ Eileen M. Hunter*
Eileen M. Hunter
Kerry L. Bundy
Aaron von Oort
Attorneys for Defendants

BARTKO, ZANKEL, TARRANT & MILLER

By:   */s/ Benjamin K. Riley*
Benjamin K. Riley
Attorneys for Defendants

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the Order Continuing Trial (Dkt. No. 162) is modified to schedule the trial for May 7, 2012.

IT IS SO ORDERED.

Dated: 1/12/12                                   _____
The Honorable
UNITED STATES DISTRICT COURT

[DENIED — Judge Samuel Conti]

### ATTESTATION

I, Monique Olivier, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Trial. In compliance with General Order 45, I hereby attest that Eileen M. Hunter, Kerry L. Bundy, Aaron von Oort, and Benjamin Riley, counsel for Defendants, have concurred in this filing

Dated: January 11, 2012        /s/ Monique Olivier
Monique Olivier
Counsel for Plaintiffs

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

SHANNON LISS-RIORDAN (*Pro Hac Vice*)
(sliss@llrlaw.com)
HILLARY SCHWAB (*Pro Hac Vice*)
(hschwab@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA  02114
Telephone:  (617) 994-5800
Facsimile:    (617) 994-5801