IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO and MARIA PORTILLO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JANI-KING OF CALIFORNIA, INC., et. al,<br><br>    Defendants. | Case No. 09-3495 SC<br><br>ORDER RE: ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS <u>UNDER SEAL</u> |

    Now before the Court are two administrative motions to file documents under seal brought by Defendants Jani-King of California, Inc., et. al (collectively, "Jani-King") and Plaintiffs Alejandro Juarez, Maria Juarez, and Maria Portillo (collectively, "Plaintiffs"). ECF No. 150 ("JK Mot."); 158 ("Pls. Mot."). For the reasons set forth below, these motions are GRANTED in part and DENIED in part.

    Jani-King moves to seal Exhibits 21 and 24 to the Declaration of Eileen Hunter ("Hunter") in support of Jani-King's Motion for Summary Judgment. <u>See</u> ECF No. 149-2 ("Hunter Decl."). On December 2, 2011, the Court denied Jani-King's motion but stated that it would reconsider its decision if Jani-King submitted additional briefing that articulated compelling reasons for sealing Exhibits 21 and 24. ECF No. 153. Jani-King later submitted

additional briefing explaining why Exhibit 21 should be sealed, but stated that it had nothing to add to its arguments regarding Exhibit 24. ECF No. 154. Having reviewed Jani-King's additional arguments, the Court GRANTS Jani-King's motion with respect to Exhibit 21 to the Hunter Declaration and DENIES Jani-King's motion with respect to Exhibit 24 to the Hunter Declaration.

Plaintiffs move to seal Exhibits 10, 13, 14, 15, 18-20, 24, 26-28, 31-35, and 37-39 to the declaration of Shannon Liss-Riordan ("Liss-Riordan") in opposition to Jani-King's Motion for Summary Judgment. ECF No. 157 ("Liss-Riordan Decl."). These exhibits have been designated by Jani-King's counsel as "Confidential" pursuant to a protective order. Pls.' Mot. at 1. Jani-King concedes that many of the documents covered by Plaintiffs' motion need not be sealed. Bundy Decl.[1] ¶ 3. However, Jani-King asks the Court to seal Exhibits 19, 28, and 31 to the Liss-Riordan Declaration.

The Court has previously allowed Exhibits 28 and 31 to the Liss-Riordan Declaration to be filed under seal in connection with other motions. Accordingly, the Court GRANTS Plaintiffs' motion with respect to these documents. Exhibit 19 to the Liss-Riordan Declaration consists of emails sent by Jani-King's Vice President of Corporate Development and Vice President of Internal Operations in 2009. Jani-King argues that these documents should be sealed because they discuss confidential data regarding Jani-King contract sales and other information concerning Jani-King's policies and procedures. Bundy Decl. at 2. Having reviewed Exhibit 19 and Jani-King's arguments, the Court fails to see a compelling reason

---

[1] Kerry L. Bundy ("Bundy"), counsel for Jani-King, submitted a declaration regarding Plaintiffs' motion. ECF No. 161 ("Bundy Decl.").

2

for allowing these documents to be filed under seal. The purportedly confidential information in these documents does not rise to the level of a trade secret. Accordingly, the Court DENIES Plaintiffs' motion with respect to Exhibit 19 to the Liss-Riordan Declaration.

    Jani-King also asks that Exhibit 13 be redacted before it is publicly filed. Exhibit 13 is a Jani-King Franchise Call Log, which shows notes of calls between Jani-King and non-plaintiff Jani-King franchise owners or clients. The log contains information related to numerous franchise owners and customers who are not parties to this case, including personal telephone numbers. Accordingly, the Court ORDERS Plaintiffs to redact the personal telephone numbers listed in Exhibit 13 before publicly filing the exhibit.

    For the foregoing reasons, the Court GRANTS Jani-King's motion to file documents under seal as to Exhibit 21 of the Hunter Declaration. The Court also GRANTS Plaintiffs' motion to file documents under seal as to Exhibits 28 and 31 to the Liss-Riordan Declaration. The Court further ORDERS Plaintiffs to redact the personal telephone numbers listed in Exhibit 13 to the Liss-Riordan Declaration before publicly filing the exhibit. Jani-King and Plaintiffs' motions are DENIED in all other respects.

    IT IS SO ORDERED.

Dated: January 23, 2012

UNITED STATES DISTRICT JUDGE