JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

MARK TALAMANTES (SBN 187961)
(mark@e-licenciados.com)
JENNIFER A. REISCH (SBN 223671)
(jennifer@e-licenciados.com)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone:  (415) 989-8000
Facsimile:    (415) 989-8028

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:(415) 433-0333
Facsimile: (415) 449-6556

Attorneys for Plaintiffs

(ADDITIONAL COUNSEL LISTED ON LAST PAGE)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO JUAREZ, et al., | Case No.:   CV09-03495 SC |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED CONSIDERATION OF MOTION** |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation, et al., | Date:              February 24, 2012 |
| Defendants. | Time:              10:00 am |
| | Courtroom:    1, 17th Flr. |
| | Judge:            Hon. Samuel Conti |
| | Complaint filed:    June 22, 2009 |
| | Trial Date:           March 12, 2012 |
| AND RELATED COUNTERCLAIM | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Alejandro Juarez, Maria Juarez, and Maria Portillo ("Plaintiffs") and Defendants Jani-King of California, Inc., Jani-King, Inc., and Jani-King International, Inc. ("Defendants"), hereby state as follows:

1. The trial in this matter is scheduled for March 12, 2012.

2. On January 23, 2012, the Court issued an order that, among other rulings, granted summary judgment against the claims brought under the California Labor Code (Counts 8-13). (Dkt. 168).

3. On February 1, 2012, the Plaintiffs filed a Motion for Certification Pursuant to 28 U.S.C. § 1292(b) and to Stay Further Proceedings Pending Appeal. (Dkt. 176). In that motion, Plaintiffs seek certification for an interlocutory appeal to the Ninth Circuit regarding the proper standard to be applied to Labor Code claims that are brought by alleged franchisees.

4. Based on consultations with the Court's clerk, the soonest hearing date under N.D. Civ. L.R. 7-2(a) is March 9, 2012, which is two business days before the scheduled trial. (Declaration of Monique Olivier ("Olivier Decl."), Exh. A).

5. The parties will need to spend considerable resources prior to March 9 to get ready for trial on March 12, including scheduling and preparing witnesses, reviewing voluminous deposition transcripts and documents, identifying and preparing exhibits, briefing motions in limine and other trial matters, drafting jury instructions, preparing opening statements, etc. (Olivier Decl.).

6. Given the benefits of obtaining a ruling on the Plaintiffs' motion on a more expedited basis, the parties have agreed to shorten the normal motion schedule and to waive oral argument. Defendant has agreed to file its opposition on or before February 13, 2012.

7. Through consultation with the Court's clerk, counsel were advised that an earlier hearing date was available on February 24, 2012, if permitted by the Court. (Olivier Decl.). As a result, the parties are scheduling a hearing for that date in the event the Court rules that a hearing is necessary.

8. A proposed order is included below.

DATED: February 3, 2012               Respectfully submitted,

                                                        THE STURDEVANT LAW FIRM
                                                        A Professional Corporation

                                                        TALAMANTES/VILLEGAS/CARRERA, LLP

                                                        DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

                                                        LICHTEN & LISS-RIORDAN, P.C.

                                       By:    /s/ *Shannon Liss-Riordan*
                                                            Shannon Liss-Riordan
                                                            Attorneys for Plaintiffs

                                                        FAEGRE & BENSON, LLP

                                       By:    */s/ Eileen M. Hunter*
                                                            Eileen M. Hunter
                                                           Kerry L. Bundy
                                                           Aaron von Oort
                                                          Attorneys for Defendants

                                                        BARTKO, ZANKEL, TARRANT & MILLER

                                       By:    */s/ Benjamin K. Riley*
                                                            Benjamin K. Riley
                                                           Attorneys for Defendants

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the Plaintiffs' motion for certification and to stay (Dkt. 176) will be heard on an expedited basis and without oral argument.

     IT IS SO ORDERED.

Dated: February 3, 2012

                                                  The Honorable Samuel Conti
                                                  UNITED STATES DISTRICT COURT