FILED

MAY 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO JUAREZ; et al., | No. 12-80028 |
| Plaintiffs - Petitioners, | D.C. No. 3:09-cv-03495-SC |
| v. | Northern District of California, San Francisco |
| JANI-KING OF CALIFORNIA, INC., a Texas corporation; et al., | ORDER |
| Defendants - Respondents. | |

Before: THOMAS and CALLAHAN, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

KB/MOATT