FILED

MAY 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO JUAREZ; et al.,<br><br>        Plaintiffs - Petitioners,<br><br> v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas corporation; et al.,<br><br>        Defendants - Respondents. | No. 12-80028<br><br>D.C. No. 3:09-cv-03495-SC<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: THOMAS and CALLAHAN, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

KB/MOATT