JAMES C. STURDEVANT (SBN 94551)
(*jsturdevant@sturdevantlaw.com*)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiffs

Benjamin K. Riley (SBN 112007)
(*briley@bztm.com*)
BARTKO, ZANKEL, TARRANT & MILLER
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants

(*Additional Counsel Listed on Last Page*)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JUAREZ, et al., | Case No.: CV09-03495 SC |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL REMAINING CLAIMS** |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation, et al., | |
| Defendants. | |
| | Complaint filed: June 22, 2009 |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation, | Counterclaim filed: November 22, 2010 |
| Counterclaimant, | |
| v. | |
| ALEJANDRO JUAREZ and MARIA JUAREZ, | |
| Counterclaim Defendants. | |

The parties, through their undersigned attorneys of record, hereby stipulate under Fed. R. Civ. P. 41(a)(2) and (c) that all remaining claims and counterclaims of all remaining parties in this case are dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees.

The parties agree that this stipulation shall not affect the rights of Plaintiffs to appeal, once judgment is entered pursuant to this stipulation and order, the Court's prior dismissal, in the Court's January 23, 2012 Order, of Counts VIII through XIII of Plaintiffs' First Amended Complaint (Dkt. No. 32), and the rights of  Plaintiffs to appeal the Court's March 4, 2012 Order denying class certification as to Counts VIII through XIII of Plaintiffs' First Amended Complaint or to seek class certification as to Counts VIII through XIII of Plaintiffs' First Amended Complaint in the event of the success of Plaintiffs' appeal.  The parties also agree that this stipulation shall not affect the rights of  Plaintiffs to seek any costs and attorneys' fees that are recoverable under the law related to prosecuting Counts VIII through XIII of Plaintiffs' First Amended Complaint should they ultimately prevail on the merits of any of those claims.  The parties also agree that this stipulation shall not affect the rights of Defendants to defend on the merits any appeal or further proceedings in the district court in the event of a successful appeal.

Luis Romero accepted an offer of judgment on all of his claims. [Dkt. No. 148.] The parties disagree about the effect of Romero's acceptance of the offer of judgment on his rights, if any, to the appeals referenced above. The parties leave it to the normal operation of the law to determine whether Romero has such rights in light of the judgment that was entered on his claims. Nothing in this stipulation shall be interpreted to support a finding that Romero has or does not have such rights.

NOW, THEREFORE, the parties agree to entry of the proposed order submitted herewith.

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL REMAINING CLAIMS
Case No. CV 09-03495 SC

1

2

3    DATED:  November 15, 2012                     Respectfully submitted,

4                                                  THE STURDEVANT LAW FIRM
                                                   A Professional Corporation
5
                                                   TALAMANTES/VILLEGAS/CARRERA, LLP
6
                                                   DUCKWORTH PETERS LEBOWITZ
7                                                  OLIVIER LLP

8                                                  LICHTEN & LISS-RIORDAN, P.C.

9                                            By:   s/ Monique Olivier
                                                   Monique Olivier
10                                                 Attorneys for Plaintiffs

11                                                 FAEGRE BAKER DANIELS LLP
                                                   BARTKO, ZANKEL, TARRANT & MILLER
12
13                                           By:   s/ Kerry L. Bundy
                                                   Kerry L. Bundy
14                                                 Aaron Van Oort
                                                   Attorneys for Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

**[PROPOSED] ORDER**

4

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

5

November 28, 2012

6

Dated: __ _____          _____

7

The Honorable Samuel Conti
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL REMAINING CLAIMS
Case No. CV 09-03495 SC