JAMES C. STURDEVANT (SBN 94551)
(*jsturdevant@sturdevantlaw.com*)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

Attorneys for Plaintiffs

Benjamin K. Riley (SBN 112007)
(*briley@bztm.com*)
BARTKO, ZANKEL, TARRANT & MILLER
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Defendants

(*Additional Counsel Listed on Last Page*)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JUAREZ, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas Corporation, et al.,<br><br>         Defendants. | Case No.:  CV09-03495 SC<br><br>**JUDGMENT** |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation,<br><br>         Counterclaimant,<br><br>v.<br><br>ALEJANDRO JUAREZ and MARIA JUAREZ,<br><br>         Counterclaim Defendants. | Complaint filed:   June 22, 2009<br>Counterclaim filed: November 22, 2010 |

Pursuant to the Court's Order of January 23, 2012 granting summary judgment to Defendants on Counts 1-5 and 8-13 of Plaintiffs' First Amended Complaint, and the Court's Order of November 28, 2012 regarding the settlement of the remaining claims and counterclaims, Plaintiffs' complaint is dismissed with prejudice and Defendants' counterclaims are dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 28, 2012

*[signature: Samuel Conti]*

The Honorable Samuel Conti
UNITED STATES DISTRICT JUDGE