JAMES C. STURDEVANT (SBN 94551)
(*jsturdevant@sturdevantlaw.com*)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiffs

Benjamin K. Riley (SBN 112007)
(*briley@bztm.com*)
BARTKO, ZANKEL, TARRANT & MILLER
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants

(*Additional Counsel Listed on Last Page*)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JUAREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JANI-KING OF CALIFORNIA, INC., a Texas Corporation, et al., <br><br> Defendants. | Case No.: CV09-03495 SC <br><br> **JUDGMENT** |
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> ALEJANDRO JUAREZ and MARIA JUAREZ, <br><br> Counterclaim Defendants. | Complaint filed: June 22, 2009 <br> Counterclaim filed: November 22, 2010 |

1  Pursuant to the Court's Order of January 23, 2012 granting summary judgment to Defendants
2  on Counts 1-5 and 8-13 of Plaintiffs' First Amended Complaint, and the Court's Order of November
3  28, 2012 regarding the settlement of the remaining claims and counterclaims, Plaintiffs' complaint is
4  dismissed with prejudice and Defendants' counterclaims are dismissed with prejudice.
5  **IT IS SO ORDERED AND ADJUDGED.**

Dated: November 28, 2012

*[signature: Samuel Conti]*

The Honorable Samuel Conti
UNITED STATES DISTRICT JUDGE