Monique Olivier (SBN 190385)
monique@osclegal.com
Christian Schreiber (SBN 245597)
christian@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Telephone: (415) 484-0980

Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Adelaide Pagano *(Pro Hac Vice)*
apagano@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Fax: (617) 994-5801

James C. Sturdevant (SBN 94551)
jsturdevant@sturdevantlaw.com
THE STURDEVANT LAW FIRM
A Professional Corporation
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
(415) 477-2410
Fax: (415) 492-2810

Attorneys for Plaintiffs

Benjamin K. Riley (CA Bar No. 112007)
Briley@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Kerry L. Bundy *(Pro Hac Vice)*
Kerry.Bundy@FaegreDrinker.com
Aaron Van Oort *(Pro Hac Vice)*
Aaron.VanOort@FaegreDrinker.com
Larry E. LaTarte *(Pro Hac Vice)*
Larry.LaTarte@FaegreDrinker.com
Rory F. Collins *(Pro Hac Vice)*
Rory.Collins@FaegreDrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Defendants
Jani-King of California, Inc.,
Jani-King, Inc., and
Jani-King International, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JUAREZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JANI-KING OF CALIFORNIA, INC., a Texas Corporation, et al., <br><br> Defendants. | Case Number: 4:09-cv-03495-YGR <br><br> **STIPULATION OF DISMISSAL OF ACTION PURSURANT TO FED. R. CIV. P. 41(a)** |

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

Date: October 13, 2021, *nunc pro tunc*, September 21, 2021

1   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Alejandro Juarez and Maria Juarez
2   ("Plaintiffs") and Defendants Jani-King of California, Inc. and Jani-King International, Inc.
3   ("Defendants"), through their undersigned attorneys of record, hereby stipulate as follows:

4   1.   In the First Amended Complaint, dated November 4, 2009, Plaintiffs brought
5   fourteen claims, individually and on behalf of a putative class, against Defendants. (*See* Dkt. 32
6   (First Amended Complaint).)

7   2.   On November 28, 2012, after certain of Plaintiffs' claims were resolved through
8   settlement, the Court dismissed Plaintiffs' claims, except those in Counts 8-13 of the First
9   Amended Complaint. (*See* Dkt. 196 (Order re Dismissal); Dkt. 197 (Judgment).)

10   3.   Plaintiffs hereby dismiss their remaining claims without prejudice to their right
11   refile these same claims individually and on behalf of the proposed class as stated in the First
12   Amended Complaint (Dkt. 32).

13   4.   Defendants agree that any refiling of the above-stated claims shall not trigger the
14   costs provisions of Fed. R. Civ. P. 41(d).

Dated: September 20, 2021                Respectfully submitted:

OLIVIER SCHREIBER & CHAO LLP
LICHTEN & LISS-RIORDAN P.C.
THE STURDEVANT LAW FIRM


*/s/ Monique Olivier\**
Monique Olivier

Attorneys for Plaintiffs

Dated: September 20, 2021                FAEGRE DRINKER BIDDLE & REATH LLP


*/s/ Kerry L. Bundy*
Kerry L. Bundy

Attorneys for Defendants

\* I, Monique Olivier, attest that I have the consent of Kerry L. Bundy, as required by the local rules, to file this document on behalf of the parties.